UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CHINITZ, *individually, and on behalf of a class of similarly situated persons*,<br><br>Plaintiff,<br><br>vs.<br><br>INTERO REAL ESTATE SERVICES,<br><br>Defendant. | CASE NO. 5:18-cv-05623-BLF<br><br>**EXPERT REBUTTAL REPORT OF JOHN T TAYLOR** |

# I.   RETENTION

1.      I am John Taylor, the Director of Data Research & Analysis for CompliancePoint

Litigation Services ("CompliancePoint") with offices in Duluth, Georgia.  CompliancePoint is a

global professional services firm specializing in consumer contact compliance consulting and

audit services, located at 4400 River Green Parkway, Suite 100, Duluth, GA 30096.  I was

contacted for the purposes of potentially serving as an expert witness by counsel for the

Defendant, Intero Real Estate Services.  I was retained to evaluate the call data in the case, test

the opposing experts' findings and critique her processes that led to those findings.

2.      I understand that the Plaintiff is attempting to establish 4 classes:

a.   **National Do Not Call Registry Class ("Class A"):**  All persons in the United

States who: (a) received more than one call made on behalf of Intero by, or on

behalf of, one of Intero's California sales associates; (b) promoting Intero's

goods or services; (c) in a 12-month period; (d) on their non-business

telephone lines; (e) whose telephone number(s) were on the NDNCR for at least 31 days; (f) at any time since September 13, 2014.

b. **Internal Do Not Call Class ("Internal DNC Class"):**  All persons in the United States who: (a) were on an internal list of persons who asked Intero not to call them ("Internal DNC List"), (b) received more than one call made on behalf of Intero by, or on behalf of, one of Intero's California sales associates; (c) promoting Intero's goods or services; (d) in a 12-month period; (e) on their non-business telephone line; (f) at any time since September 14, 2014.

c. **Early/Late Calls Class:**  All persons in the United States who: (a) received one more more [sic] telemarketing call made on behalf of Intero by, or on behalf of, one of Intero's California sales associates; (b) on their non-business telephone line; (c) before 8 a.m. or after 9 p.m. (local time, recipient's location); (d) at any time since September 13, 2014.

d. **Artificial or Prerecorded Message Residential Class ("Prerecorded Message Class"):**  All persons in the United States to whom: (a) a California Intero sales associate, or a person/entity acting on behalf of a California Intero sales associate, initiated on Intero's behalf one or more non-emergency telephone calls; (b) promoting Intero's goods or services; (c) to the recipient's non-business telephone line; (d) through the use of an artificial or prerecorded voice; (e) at any time since September 13, 2014.

EXPERT REPORT OF JOHN TAYLOR          - 2 -          Case No. 5:18-cv-05623-BLF

## II.    QUALIFICATIONS AND EXPERIENCE

3.      My job duties and responsibilities at CompliancePoint include analyzing data related to call records and fax records in cases which include claims arising under the Telephone Consumer Protection Act ("TCPA").  I have been analyzing call and fax data for over 17 years and have been designated as an expert witness in many TCPA cases.  As part of my responsibilities, I examine call records for their status (callable/noncallable, wireless/landline) against federal, state, wireless, and entity-specific do not call lists.  I also have expertise in evaluating and applying appropriate grace periods applicable to specific do not call lists as specified by the list publishing agencies (FCC, State agencies, and Wireless Identification Sources), consent data, and established business relationship ("EBR") periods relevant to the TCPA.

4.      I obtained a Bachelor of Science, *summa cum laude*, in liberal arts with minors in history and business administration from Excelsior College in Albany, New York.

5.      I use MS SQL database analysts and database administrators to assist me in the extraction, transformation, and loading of large data sets at our secure data center.  We used a standard MS SQL 2016 as our Database Management System (DBMS) to upload, store, and query the data sets in this action.  I use MS Access 2016 DBMS to upload, store, and query smaller data sets.

6.      I have provided expert witness testimony at a deposition or at trial in the following cases over the past four years:

- *United States of America v. DISH Network,* 3:09-cv-03073 (C.D. Ill.);
- *Shamblin v. New Partners Consulting*, 8:13-cv-2428 (M.D. Fla.);
- *Krakauer v. DISH Network,* 1:14-cv-00333 (M.D. N.C.);

- *Margulis v. Surrey Vacation Resorts,* 4:14-cv-01131 (E.D. Mo.);
- *Zani v. Rite Aid Hdqtrs. Corp.*, 1:14-cv-09701 (S.D. N.Y.);
- *Lowe v. CVS Pharmacy,* 1:14-cv-03687 (N.D. Ill.);
- *Verma v. Memorial Healthcare Group, Inc.*, No. 3:16-cv-00427 (M.D. Fla.);
- *Tomeo v. Citigroup, Inc. and CitiMortgage, Inc.,* No. 1:13-cv-044046 (N.D. Ill.);
- *Sliwa v. Bright House Networks,* 2:16-cv-00235 (M.D. Fla.);
- *Gorss Motels, Inc. v. Sprint Solutions, Inc.,* 3:17-cv-00546 (D. Conn.);
- *Lisa Drayton and Daniel Drayton v. Toyota Motor Credit Corporation, 3:16-cv-00046* (M.D. Fla.);
- *America's Health & Resource Center, LTD* v. Alcon Laboratories, Inc., 1:16-cv-04539 (N.D. IL);
- *Hunter et al. v. Time Warner Cable, Inc.,* 1:15-cv-06445 (S.D. N.Y.);
- *Morgan v. Orlando Health, Inc., et al.*, 6:17-cv-01972 (M.D. Fla.);
- *Morgan v. Adventist Health System/Sunbelt, Inc., d/b/a Florida Hospital Orlando, Medical Services, Inc. and North American Credit Services, Inc.*, 6:18-cv-01342 (M.D. Fla.).

And

- *Clark v. FDS Bank and DSN Bank*, 6:17-cv-00692 (M.D. Fla.).

## III.   DOCUMENTS REVIEWED

a)   Chinitz v Intero Complaint

b)   Pltf Motion and PAs for Class Cert

c)   Order, In the United States Court of Appeals for the Eleventh Circuit, No.
18-12077, Cordoba v DIRECTTV

d)   *Wilson v. Badcock* Court Order dt. Dec. 19, 2018 (M.D. Fla.)

e)   *Sandoe v. Boston Scientific Corporation*. Civil Action No, 18-11826-
NMG

f)   2020.01.28 [72] Verkhovskaya 2nd Expert Report 01.17.20)

g)   2020.01.17 [70-1] Verkhovskaya Expert Report (1)

h)   Declaration of Davis Mangold, MOJO

i)   Declaration of Ronald Allen, CCC

j)   Declaration of Craig L. Davis, LexisNexis

k)   Deposition of Anya Verkhovskaya

l)   MOJO-Intero 0000001.csv through and including
MOJO-Intero 0000128.csv;

m)   MOJO-Intero 0000211.csv through and including
MOJO-Intero 0000378.csv;

n)   MOJO-Intero 0000494.tif through and including
MOJO-Intero 0000497.tif (the "Call Results Definitions and
Actions")

o) MOJO-Intero 0000498.csv through and including MOJO-Intero 0000677.csv

p) MOJO-Intero 0000678.csv through and including MOJO-Intero 0000858.csv; and

q) VERKHOVS000001-2 Intero- Mojo Corporate Agents.xlsx

r) Email, 1/16/20 from Mark Romance to George Granade

s) VERKHOVS000003 INPUT FILE - List for NDNCR output.csv

t) VERKHOVS000013 LN_Output_NDNCR_Output_-_Corp..csv

u) VERKHOVS000013 LN_Output_NDNCR_Output_-_Corp. (1).csv

v) VERKHOVS000014 LN_Output_NDNCR_Output_-_NonCorp..csv

w) VERKHOVS000014 LN_Output_NDNCR_Output_-_NonCorp. (1).csv

x) VERKHOVS000015 NDNCR_Output_-_Corp..csv

y) VERKHOVS000015 NDNCR_Output_-_Corp. (1).csv

z) VERKHOVS000016 NDNCR_Output_-_NonCorp..csv

aa) VERKHOVS000016 NDNCR_Output_-_NonCorp. (1).csv

bb) VERKHOVS000017 NDNCR Numbers (1).csv

cc) VERKHOVS000017 NDNCR Numbers (2).csv

dd) VERKHOVS000018 IDNC Numbers (2).csv

ee) VERKHOVS000018 IDNC Numbers (3).csv

ff) VERKHOVS000019 Early Late Telephone Numbers (1).csv

gg) VERKHOVS000019 Early Late Telephone Numbers (2).csv

hh) VERKHOVS000020 Message Telephone Numbers.csv

ii)  VERKHOVS000020 Message Telephone Numbers (1).csv

jj)  VERKHOVS000021 Class Experts OBD_Redacted.pdf

kk)  VERKHOVS000022

OBD_ClassExpertsGroup_REVPH&EMAIL_WR116357Executed

_Redacted.pdf

ll)  VERKHOVS000006 detailed.csv

mm)  VERKHOVS000004 blocked.csv

nn)  VERKHOVS000005 clean.csv

oo)  VERKHOVS000006 detailed.csv

pp)  VERKHOVS000007 dncAllOther.csv

qq)  VERKHOVS000008 ebr.csv

rr)  VERKHOVS000009 invalid.csv

ss)  VERKHOVS000010 malformed.csv

tt)  VERKHOVS000011 report.txt

uu)  VERKHOVS000012 wireless.csv

## IV.   CRITIQUE OF PLAINTIFFS' EXPERT REPORT and DATA OUTPUTS

7.     The entire basis of Ms. Verkhovskaya's report (summarized at ¶ 11) is to illustrate her alleged ability to "systemically" analyze the telephone call data provided to her to identify telephone numbers, names and current addresses belonging to the proposed classes.  In my opinion, having looked at the data she considered and the methodology she employed, she cannot

do so.  As I will show in later paragraphs of this report, her analysis is plagued with errors and faulty assumptions and is not supported by the exhibits she offers in support of her report.

8.     Ms. Verkhoskaya does not claim to be a database user.  Instead, she says only that she is "familiar with many methodologies and systems that are commonly used to perform reliable record analysis" (at ¶15).  Her suggestion that she can personally perform the "standardization, review, transformation, loading, querying, and cross-referencing" (at ¶15) is suspect at best.  These attributes are those of a sophisticated database user.[1]  As reflected in the record of this case and as I describe more fully in this report, Ms. Verkhovskaya's processes described in her report, and the output of her exhibits, often do not match.  A skilled sophisticated database user would not make these errors.

9.     Even though Ms. Verkhovskaya's report stated call record counts in numerous paragraphs, the data that was produced by Ms. Verkhovskaya did not include call records, and instead only included phone numbers.  Additionally, even though they were requested via subpoena and Ms. Verkhovskaya stated in her deposition that they could be produced (17:1-18:11), she did not produce any queries or scripts used to perform her analysis.  Lastly, even though Ms. Verkhovskaya reportedly produced the specific phone numbers she identified as class members in ¶76-¶80 of her report, the counts of the records produced do not match the numbers in her report.  Because she did not produce the actual call records she references in paragraphs 71-81 of her report, and because she did not produce the queries she used to identify the allegedly violative call records, we had to make certain assumptions during our analysis.

---

[1] https://www.thestudygenius.com/different-types-of-database-users (Last Accessed 4/1/2020)

10.     In ¶47a of her report, Ms. Verkhovskaya stated that she excluded "governmental" area codes.  She stated this again in her deposition (84:2-18) when she testified that she used information publicly available on NANPA's website to remove governmental area codes.  Although one can look up area codes on NANPA's website (https://nationalnanpa.com/enas/npa_query.do), it does not appear that doing so would provide a list of governmental area codes.  For example, 202-226-8000 is the phone number to the United States Capitol Building in Washington, D.C, and 202-622-5000 is the phone number to the Internal Revenue Service in Washington, D.C.  Using the above site to look up area code 202, one finds that it is a "General Purpose Code".  Therefore, we did not attempt to remove governmental area codes from our analysis.

11.     At the end of ¶48, Ms. Verkhovskaya stated that after doing her initial scrubbing process, she was left with a dataset called "Initial Valid, Non-zero Records" and that "Only those records were utilized for further analysis in this matter."  When counsel for Defendant requested a copy of these "Initial Valid, Non-zero Records" via subpoena, her counsel said the data set does not exist "as a file" and cannot be produced.  However, Ms. Verkhovskaya testified in her deposition (97:23-98:7) that this dataset exists and could be exported to a file if requested.  Because we did not receive this dataset, we used the MOJO-Intero 0000678 – 0000858[2] call records and the steps outlined by Ms. Verkhovskaya in her report to analyze her process.

---

[2] Email, 1/16/20 from Mark Romance to George Granade, Mr. Romance states: "Bates Numbers Mojo-INTERO00678 to 00858, includes data regarding calls made by Mojo (California) customers, separated by active Mojo customers and customers who have cancelled their accounts but for which Mojo retains data.  These data files were previously produced but now include time stamps for each call and the Caller ID used for each call where the Caller ID information was available."

12.     According to her report, Ms. Verkhovskaya identified the alleged violative calls in ¶49-¶70, and then in the following section of her report (SECTION XI), she described the process to identify whether the alleged violative calls were placed by the sales associates that plaintiff's counsel has designated as "Corporate Agents". In Ms. Verkhovskaya's report, and in her deposition (106:8-107:1), she indicated that she first identified call records for each class, and then further reduced those to records which were called by the smaller group of "Corporate Agents".  For example, regarding the NDNCR Numbers, in ¶58 of her report, Ms. Verkhovskaya limited the NDNCR Numbers to "identify all NDNCR Numbers that had two or more calls within any 12-month period and were on the NDNCR more than 31 days prior to the date of the first call."  After which, in ¶72, Ms. Verkhovskaya further limited "the NDNCR Numbers to identify how many telephone numbers were called by Corporate Agents."  In my opinion, however, this is a flaw in her process.  To properly attempt to determine if a call fits the criteria of the class as defined by Plaintiff, one would have to first eliminate any calls which did not fit the criteria of a call which was "made on behalf of Intero by, or on behalf of, one of Intero's California sales associates," i.e., one would first have to eliminate calls which were not made by the sales associates that plaintiff's counsel has deemed to be "Corporate Agents."  By doing this determination last, Ms. Verkhovskaya would have erroneously included calls for which only one of the calls in the 12-month period was made by "Corporate Agents".  Since Ms. Verkhovskaya did not provide us with the specific call records that she alleges are class violations, it is impossible for us to know the exact scope of such a flaw in her data.  In our analysis we describe throughout this report, we first determined which records were called by the sale associates that were designated as "Corporate Agents," to ensure classes which are defined by having multiple

calls "made on behalf of Intero by, or on behalf of, one of Intero's California sales associates," were more properly identified.

13.    Each of the four proposed classes listed in Plaintiff's motion for class certification seek to identify calls made to "the recipient's non-business telephone line."[3]  In her Report (at ¶ 66), Ms. Verkhovskaya identifies LexisNexis as her source for identifying numbers as either business, government or residential telephone numbers.  She has often used LexisNexis for this purpose, and while she avers in her report that she has utilized LexisNexis services in "dozens of court-approved settings and found LexisNexis information to be reliable (¶ 67)," I have had different experiences with LexisNexis data being used for these purposes.  More recently, judges have been questioning the accuracy of the LexisNexis data used in support of her work[4][5].In her report (at ¶29) Ms. Verkhovskaya cites to the judge's ruling that "the 14% error rate was not "unreasonably high for these particular circumstances."  If the same 14% error rate were applied to the number of calls that Ms. Verkhovskaya attributes to the National Do Not Call Registry Class in her report, for example, the potential erroneous liability for the defendant would be **$24,434,500 (assuming damages of $500 per call)**.  In compliance work, I do not view a potential error rate of this magnitude as acceptable, nor do I find it acceptable for this case to use

---

[3] Plaintiff's Motion for Class Certification

[4] *Wilson v. Badcock* Court Order dt. Dec. 19, 2018 (M.D. Fla.) Plaintiff's expert claims this is possible, through one of her chief sources is the unobservable, proprietary "black box" techniques of LexisNexis. Dkt. 59-7 at 264.  AND CONCLUSION, The Court **DENIES** Plaintiff's Motion for Class Certification, Dkt. 56…"

[5] *Sandoe v. Boston Scientific Corporation*. Civil Action No, 18-11826-NMG, Section D. Plaintiff's Class Identification Methodology, 4. She processed the "wrong number" results through LexisNexis' business-identification query to determine whether any of the identified numbers were registered to businesses. AND After twice supplementing her report (the first report contained an error in the data and the second report contained a glitch in the code) Ms. Verkhovskaya identified as wrong numbers approximately 15% of a sample set of 9,000 telephone numbers.  AND ORDER a. with respect to class certification (Docket Entry No.39), **DENIED**

a methodology that could improperly saddle the Defendant with tens of millions of dollars of exposure. This is precise work that requires attention to detail and certainty of analysis, since the price of a mistake can be $500 to $1,500 for each call.

14.    In our analysis, we found the following errors in Ms. Verkhovskaya's "Business/Residential Analysis" in her report:

    a.    In Ms. Verkhovskaya's report (at ¶37) she indicates she utilized MOJO-Intero 0000001- MOJO-Intero 0000128 as the "Contacts Records" data. Mojo, however, supplied a replacement to the above files in MOJO-Intero 0000498-0000677. Because Mojo indicated that the later produced data is more complete (see email between George Granade and Mark Romance)[6], we utilized the MOJO-Intero 0000498-0000677 file for our analysis in regard to "Contact Records" data.

    b.    Had Ms. Verkhovskaya reviewed the more complete data in the "Contacts" source data (MOJO-Intero 0000498-0000677) she should have noticed that of the 2,709,318 records in the source data, **41,562** of them have a "Contact Name" value of "**Corporate Owned**", which would seem to indicate some sort of business contact information. The Contact Name listed for these

---

[6] 1/16/2020 from Mark Romance to George Granade stated "Bates Numbers Mojo-INTERO000498 to 000677, includes data regarding contacts for active Mojo (California) accounts as well as for accounts that have closed but for which Mojo retains data. We produced to you this same information in our December production. However, in re-reviewing our prior production, we realized that you should have received contact files for 180 Mojo customers. We determined that in our prior production our de-duplication process automatically eliminated from production the identical contact files where two Mojo customers had the same contact list and the only difference would have been the file names. We are therefore now producing the same contact files previously produced, but now there is a file for all 180 Mojo customers."

records does not suggest they are residential telephone numbers. (See Exhibit C)

c.   In paragraph ¶57 of Ms. Verkhovskaya's report, she states: "I processed the NDNCR Numbers through the LexisNexis business-identification query and found that none of the NDNCR Numbers were business numbers at the time on the calls."

d.   After describing her use of the LexisNexis process in ¶57 to determine that "none of the NDNCR Numbers were business numbers at the time of the calls", Ms. Verkhovskaya indicates in ¶58 of her Report: "The NDNCR Output was reviewed to identify all NDNCR Numbers that had two or more calls within any 12-month period and were on the  NDNCR more than 31 days prior to the date of the first call.  There were 257,216 NDNCR Numbers."

e.   If Ms. Verkhovskaya processed all "257,216 NDNCR Numbers" she identified in ¶57 and ¶58 of her report through the "LexisNexis business-identification query", one would expect the output of that "LexisNexis business-identification query" to result in at least 257,216 phone numbers. However, when responding to a subpoena to produce the LexisNexis output, Ms. Verkhovskaya provided the file "VERKHOVS000013 LN_Output_NDNCR_Output_-_Corp..csv", which only contains 198,484 phone numbers.  This indicates there are **58,732** "NDNCR Numbers" which are not accounted for in the Lexis-Nexis output she produced.  Additionally, 20,706 of the phone numbers in the Lexis-Nexis output do not include both a

"firstseendate" and a "lastseendate", which would further call into question if the output from Lexis-Nexis is even relevant on the date of the call.  (See Exhibit D)

f.  When we used the file "Contact Records" MOJO-Intero 0000498 – 0000677, to review the "Contact Name" value of the 257,216 phone numbers Ms. Verkhovskaya produced in "VERKHOVS000017 NDNCR Numbers (1).csv" as described in ¶58 of her report, we found numerous examples of "Contact Name" values which appear to indicate some sort of business.  For example, using a search  of the "Contact Name" values which included words like: '%INC', '%INC.', '%REALT%', '%CORP%', '%BANK%', '%STORE%', 'THE %', '%LLC%', '%MANAGEMENT%', '%MGMT%', '%CAPITAL%', '%FINANCIAL%', '%GROUP%', '%SERVICES%', '%ADVISORS%', '% OF %', '%NATIONAL%'[7] we found 82 phone numbers with "Contact Name" values which, when further manually reviewed, appear to likely indicate some sort of business.  Even though many business telephone numbers are not noted as such in internet searches (i.e., a business may own hundreds or thousands of phone numbers, but publish only a small number of them publicly), doing a Google search (on 4/1/2020) of 22 of the 82 phone numbers referenced above shows that 8 of them are likely associated with a business, including one of

---

[7] "In Structured Query Language (SQL), to broaden the selections of a structured query language (SQL-SELECT) statement, one can use % as a wildcard.  For example, '%INC' would find any record which ends in 'INC', 'INC%' would find any record that starts with 'INC', and '%INC%' would find any record which has 'INC' anywhere in the field."

them closely matching the name in the "Contact Name" field and another one of them being listed as the phone number on a company website.

g.   We then used the "Call Records" in MOJO-Intero 0000678 – 0000858 to review the 8 likely business numbers mentioned above, and we found that 4 of the 8 records have one or more records in the "Call Records" with a "Contact Name" value corroborating the Google search results, indicating that the calls were likely being placed to a business. (See Exhibit E, Exhibit F, Exhibit G)

h.   An individualized review of each number, including contacting the owner of the phone number as of the date of dial, would be necessary to fully determine how many of the phone numbers were businesses at the time of the call.  This information we derived, however, does call into question the accuracy of the "Contacts" data from the Mojo Call Records and/or the LexisNexis data, both of which Ms. Verkhovskaya relies upon.

15.    Based on the issues described above, we executed a query against the National Directory Assistance Database of 50,000 randomly selected numbers from Ms. Verkhovskaya's final output (the size of this sample was randomly selected by me, however, its size far exceeds the sample size that would be considered statically significant).  The National Directory Assistance Database is maintained by many sources (we use Verizon) and is updated by the telco providers.  They are mandated to maintain accurate records in this database.  This database has both a residential (RES) and business (BUS) code for all landline telephone numbers.  There is no similar source for wireless telephone numbers

16.     The results of the query showed, contrary to Ms. Verkhovskaya's conclusion, that 72, of the 50,000-record sample, telephone numbers in Ms. Verkhovskaya's final output were coded as business (BUS) telephone numbers at the beginning of the class period.  Another 17 telephone numbers had records that were coded residential (RES) but had both a business name and a person's name associated with them.  Several of these were real estate companies and mortgage lenders.  This would be expected in the type of calling done in the case.

17.     This National Directory Assistance Database data source, unlike LexisNexis, is "source data" from the providers, not compiled data gathered from any available source.  These results from a relatively small sample disprove Ms. Verkhovskaya's opinion that it is possible to systematically analyze this data set and accurately determine whether a number is a business number or a residential telephone number on the date of a particular call.  It also undermines the accuracy of her reported results from LexisNexis.  (See Exhibit H, Exhibit I, Exhibit J)

18.     In addition to the flaws in the LexixNexis output discussed above, we reviewed the LexisNexis output provided by Ms. Verkhovskaya in "VERKHOVS000013 LN_Output_NDNCR_Output_-_Corp..csv."  This file includes a "BusResGov" field, which we found has a value of "MLR" in 198,478 of 198,484 records.  The remaining 6 records were marked "Residential."  (See Exhibit K)  In a document produced in response to subpoena, stamped as VERKHOVS000022 OBD_ClassExpertsGroup_REVPH&EMAIL_WR116357Executed _Redacted, under the heading "Class Experts Group, LLC Needs and Issues," the following instructions are included:

BusResGov flag field should be.(sic) labeled "MLR" if blank." At deposition[8], Ms. Verkhovskaya, testified that "MLR" stands for "most likely residential."

19.     In a declaration by Mr. Davis from LexisNexis, we find that "When a process calls for LexisNexis to return a BusResGov flag on a searched phone number, but LexisNexis does not have such information on the number, the "BusResGov" flag field is left blank, unless in the process of setting up the search, the customer has asked that some other value be used to show that LexisNexis cannot provide a line type, in which case LexisNexis supplies that value.[9]

20.     I find this approach by Ms. Verkhovskaya very misleading. Ms. Verkhovskaya's company is requesting a particular flag, MLR, when no data is available. In other words, she asks LexisNexis to return a code labeled as Most Likely Residential (which is questionable, and prejudicial to the Defendant as it makes it appear that the record was coded MLR because LexisNexis determines it is MLR) when in fact, LexisNexis has no determinative BusResGov information on a particular telephone number. Mr. Davis of LexisNexis testified: "MLR" is not a standard LexisNexis value. It appears from the engineering notes for work request 69520[10] to have been requested by CEG."[11]

---

[8] Verkhovskaya Deposition Transcript, 134:8-22,
As I testified earlier, my recollection of the file in this case is that there were no blank fields. That is my testimony unless you show me the file where I can see otherwise. Q.· · Do you have a memory of a value in a field of MLR? A.· · Yes, I do. Q.· · And what does that value indicate? ·A.· · As I testified earlier, that value indicates most likely residential. ·Q.· · Does MLR stand for something? A.· · Most Likely Residential. Q.· · Okay.· That's a value supplied back to you by LexisNexis, correct? ·A.· · That is correct.
[9] DECLARATION OF CRAIG L. DAVIS REGARDING DOCUMENTS AND INFORMATION PRODUCED BY LEXISNEXIS IN RESPONSE TO SUBPOENAS, ¶8
[10] Id ¶6 "LexisNexis's records reflect that both input files were processed under LexisNexis work request 65920."
[11] Id ¶11

21.     Ms. Verkhovskaya's LexisNexis results suffer from further issues.  "While the specifications for work request 65920 called for CEG to supply start and end dates for each telephone number to be queried, **no start dates or end dates were provided by CEG** in the two input files furnished to LexisNexis on January 17, 2020."[12]  "Because CEG supplied **no start and end dates,** and the consequent lack of "overlaps", virtually all of the numbers queried in the January 17, 2020 searches failed to return a Business, Residential or Government value.  (In a handful of cases, the absence of a "first seen date" in LexisNexis's data allowed a "Residential" value to be returned.)  Because no Business, Residential or Government value was returned, the "BusResGov" field in the search results was populated with "MLR.""[13]  The January 17 results would have been different had CEG supplied start and end dates as part of its queries.

22.     Ms. Verkhovskaya's testimony is less than candid at deposition.  When asked about the MLR flag, (Dep. Tran 140:25-143:25), she denies that MLR is the flag requested by her company, and states that "if LexisNesis feels that it's MLR, that is what is put there."  This is in direct contradiction to Mr. Davis' testimony in ¶20 above.

23.     In my opinion, the failure to input the correct data, in accordance with her own agreement, and her request for misleading "flagging" (MLR) of records by LexisNexis nullifies this entire potion of her analysis and invalidates all four proposed classes based on the identification of "non-business telephone line."  Her analysis here is not in keeping with professional standards expected of expert witnesses and should be given no weight.

---

[12] Id ¶11
[13] Id ¶11

24.     Ms. Verkhovskaya's NDNCR analysis suffers from several fatal flaws.  The data she relied on from Contact Center Compliance ("CCC") is not historical, she makes errors in using the data that was returned to her by CCC, and she makes no effort to determine if any of the records she relies upon for her opinions relate to telephone numbers that were reassigned to another party without being removed from the NDNCR.

25.     As mentioned above, despite our attempt to get the complete call records Ms. Verkhovskaya indicates are potentially problematic (not just a list of telephone numbers), we were not provided this data.  Therefore, we used the data Ms. Verkhovskaya did provide to attempt to validate her processes.  Because we did not have the actual call records identified by Ms. Verkhovskaya as being a part of the NDNCR class, our analysis was limited to identifying phone numbers where <u>all</u> of the calls to that phone number were erroneously identified by Ms. Verkhovskaya.  For example, Ms. Verkhovskaya included in her subpoena response for ¶76 of her Report the file "VERKHOVS000017 NDNCR Numbers (2).csv" which should have been limited to "NDNCR Numbers", called by Corporate Agents, which fit her "Initial Valid, Non-zero Records" criteria, and were on the NDNCR at the time of the call.  According to ¶50 of her report, Ms. Verkhovskaya "analyzed the date each telephone number was added to the NDNCR, if applicable, utilizing the data she obtained from Contact Compliance Center ("CCC")."  We used the file "VERKHOVS000006 detailed.csv", which Ms. Verkhovskaya indicated is the output from CCC, and we identified 31 phone numbers for which every phone call matching the criteria specified in ¶76 of her Report was, in fact, made <u>prior</u> to the end of the 31 day grace period following the NDNCR date provided by CCC.  Clearly any calls made to a number that was still in the 31-day grace period should not be included within this proposed class.  We do not

believe these are the only errors and if we were provided with the specific calls Ms. Verkhovskaya references in ¶76 of her Report, we could likely identify many more records which were erroneously flagged by Ms. Verkhovskaya as being a part of the NDNCR class.  (See Exhibit L and Exhibit M)

26.     Ms. Verkhovskaya uses the data returned from CCC as if it were curated historical data on the NDNCR that chronicles each of the dates that the telephone number was added or deleted from the NDNCR.  In truth, CCC does not represent its data for such use.  "The DNC Scrub services provided by CCC are intended to be used for a single instance of direct marketing only.  In other words, CCC offers these services to customers who use them in connection with specific marketing campaigns"[14].  The CCC results are only intended to identify a snapshot of the calling status of that telephone number on the day the scrub was conducted. The date CCC has associated with that telephone number is the "most recent" date CCC saw that telephone number on the NDNCR.  It does not reflect any times that it was removed and re added.

27.     Another major flaw in Ms. Verkhovskaya's methodology is she fails to account for the significance of the fact that there are wireless telephone numbers on the NDNCR.  While the FTC recognizes the need for data hygiene to remove telephone numbers from the NDNCR that have been disconnected and reassigned, there is no source of data that allows for this process for wireless telephone numbers.  As such, Ms. Verkhovskaya cannot account for wireless telephone numbers in her output set that may have belonged to one subscriber for the first call in

---

[14] Declaration of Ronald Allen In Support of Reply in Support of Defendant Intero Real Estate Services to Strike/Exclude Plaintiff's Expert Report. ¶2

a 12-month period, and a different person for the second or subsequent calls in the 12-month period. As the FCC has recognized: "~37 million telephone numbers are reassigned each year. "No authoritative database-certainly not one maintained or overseen by the FCC, which has plenary authority over phone numbers-exists to track all disconnected or reassigned telephone number or link all consumer names with their telephone numbers."[15]

28.     Ms. Verkhovskaya also fails to describe her process for identifying numbers called twice in a 12-month period. This class period extends across several 12-month periods. Does she count all calls to numbers that appear on the NDNCR as being within the same 12-month period, or does she do the more refined process of calculating the time between each call to ensure that the 2 calls occurred in the same 12-month period? Because she failed to describe her process, and because she did not produce the call records associated with the telephone numbers in her final output, neither she nor I can validate the results of her process using the data that she did disclose.

29.     In (¶¶57-58) of her report, Ms. Verkhovskaya, touts the accuracy of her LexisNexis business business-identification process for the NDNCR numbers, and the accuracy of her NDNCR analysis overall. She provides an Exhibit of the "cases certified through settlement or litigation in which the NDNCR process was utilized." Since we can prove that her business-identification process used in this case failed, and the provider of the NDNCR data (CCC) "does not warrant that the DNC Scrub data it provided to Class Experts Group can be reliably used in the manner employed by Ms. Verkhovskaya…"[16] any results she arrives at using

---

[15] 2015 Omnibus Order, 30 FCC Rcd at 8077–78 (Pai, dissenting)
[16] CCC Declaration, ¶4

this data are highly suspect and in some cases provably wrong.  An expert report is a statement of facts by an expert, not an approximation.

30.     Ms. Verkhovskaya's "systematic" approach described in her report is insufficient for the accurate analysis of this data.  To find the names and addresses of the members of the classes identified by Plaintiff in his motion for class certification, an individualized review would be required to identify the true subscriber of the telephone, when and if it changed hands, and whether it was a business or residential telephone line.

31.     In (¶59) of her report, Ms. Verkhovskaya refers briefly to an "Internal Do Not Call List Analysis" she says she conducted.  An entity-specific do not call list is a list of telephone numbers and dates where a called party states, in words or substance, do not call me. The TCPA says that such a request must be honored "as soon as possible."  The FCC clarified in its Second Reconsideration of Rules in 2004 "as soon as possible" to mean "not greater than 30-days.".

32.     Ms. Verkhovskaya's methodology here makes no sense.  After she reviews the Initial Valid, Non-zero Records (a data set that Ms. Verkhovskaya testified at deposition could be exported to a .csv file[17], but her counsel has said does not exist and cannot be produced[18]), to determine which telephone numbers received two or more calls within any 12-month period, she states (¶59) there were 511,113 Internal Do Not Call numbers.  A do not call request, however, is a very specific action taken by a specific person who asks the calling party not to call them

---

[17] Verkhovskaya Deposition Transcript, 97:23-98:7.
[18] Declaration of Sabita J. Soneji in Opposition to Defendant Intero Real Estate Services' Motion to Strike/Exclude Plaintiff's Expert Report, or in the Alternative, to Modify the Case Management Order for Good Cause under FED. R. CIV. P.16(b) and L>R> 16-2(d); ¶16.

again.  It is not just two calls to the same telephone number in a 12-month period.  To my knowledge, there were no requests made by Plaintiff for any of the Intero sales associates to produce a copy of any do not call list that they maintain.  Nor does Ms. Verkhovskaya state that she reviewed any such list, or that she reviewed any list maintained by the Defendant in this case.  In fact, in her deposition (161:5-10), Ms. Verkhovskaya testified that she did not make any attempt to analyze if the person who was called told the person calling to not call them again.

33.     The importance of this exact issue, and the need to examine specific do not call lists if they exist to determine the identity of the person who made the do not call request, was highlighted in the decision of Cordoba v. DIRECTTV, where the court stated: "The district court certified the class and we granted interlocutory review under Federal Rule of Civil Procedure 23(f).  We now vacate the district court's certification order.  The unnamed members of the putative class who did not ask DIRECTTV to stop calling them—and thus would not have been on the internal do-not-call list, even if it had existed and had been maintained perfectly—were not injured by the failure to comply with the regulation."[19] Ms. Verkhovskaya does not indicate anywhere in her Report how she would determine that the person who made the original request not to be called was the same person who received the subsequent unwanted call or calls.

---

[19] In the United States Court of Appeals for the Eleventh Circuit, No. 18-12077

EXPERT REPORT OF JOHN TAYLOR          - 23 -          Case No. 5:18-cv-05623-BLF

34.     In addition, internal DNC lists must contain the date of the request, and companies can expire telephone numbers off their DNC list after 5-years[20][21], if the request is not updated.  Therefore, without knowing the date of the DNC request, Ms. Verkhovskaya cannot determine if the request was still valid on the date of any call.  In my opinion, her findings relating to this proposed class are fallacious and should be disregarded.

35.     Ms. Verkhovskaya's Early/Late proposed class also suffers from errors in calculation.  Once again, using the Initial Valid, Non-zero Records that were not produced and which her counsel says do not exist, Ms. Verkhovskaya determines the time zone of each called telephone number by analyzing the telephone number's area code (¶60).  Area codes are a very poor indicator of the location of the subscriber of a telephone number and are a very poor indicator of the physical location of the called party.  Ms. Verkhovskaya acknowledged this at her deposition at pages 172:3 through 174:21.

36.     15 years ago, area codes were a better indicator of the physical location of a phone.  But with the explosion in the use of cellular telephones and the ability to port telephone numbers from wireless-to-wireline and wireline-to-wireless, the area code simply becomes an indicator of where the telephone was purchased.  With respect to VoIP telephones, area codes generally indicate where it was first installed.  States that still maintain their own state-specific

---

[20] § 227. Restrictions on use of telephone equipment, Recording, disclosure of do-not-call requests. If a person or entity making a call for telemarketing purposes (or on whose behalf such a call is made) receives a request from a residential telephone subscriber not to receive calls from that person or entity, the person or entity must record the request and place the subscriber's name, if provided, and telephone number on the do-not-call list at the time the request is made.

[21] § 227. Restrictions on use of telephone equipment, Maintenance of do-not-call lists. A person or entity making calls for telemarketing purposes must maintain a record of a consumer's request not to receive further telemarketing calls. A do-not-call request must be honored for 5 years from the time the request is made.

DNC list recognize this and allow telephone numbers not normally associated with their state to be added to their state DNC list.  Several of them that organize their lists by Area Code include a separate section of out of state numbers.

37.     There are many good examples of why the area code does not indicate the location of the called party.  Currently, I am a resident of the state of Washington.  I purchased my wireless telephone in Georgia in 2001.  To this day, I still have a Georgia area code (678) for the telephone I use for both business and personal communications.  Calls received by me on my phone with a Georgia area code while I am working at home in Washington, or when traveling outside of the Eastern time zone, would not be received by me on Georgia time. At one time, my family plan included my mother in Virginia, my son in Colorado, and me in Georgia.  Since I purchased the plan in Georgia, all three telephones had Georgia area codes (678, 770).  Often corporate telephones are issued with the area code associated with the state where the corporate headquarters is located (and we have established that there are business numbers in Ms. Verkhovskaya's output).  These types of circumstances undermine Ms. Verkhovskaya's logic in using area codes to determine the physical location of a called party.

38.     Further issues arise because her Report gives a cursory explanation for the conversion of UTC time to the local time at the presumed location of the telephone at the time of call.  Daylight Savings Time is the best example.  UTC does not change with Daylight Savings time.  In addition, 14 states have multiple time zones within their borders.  Arizona does not observe Daylight Savings Time, but the Navajo Tribal Lands in Arizona do observe Daylight Savings time.  Multiple area codes cross time zone boundaries in these states.  Without doing multi-layered analysis, based on the date of the call as well as the time of the call, and the actual

geolocation of the dialed telephone, it is impossible to determine within +/- 1 hour the actual time of the call when translating from UTC to a local time zone.  The purported calls to the plaintiff "happened as early as 7 a.m. and as late as 10 p.m.[22], and the complaint alleges that "Intero made calls to Mr. Chinitz before 8 a.m. and after 9 p.m. in violation of 47 U.S.C. § 64.1200(c)(1)."[23]  Both of these situations fall within the a 1 hour "best case" error margin for Ms. Verkhovskaya's analysis methodology which leaves several variables unaddressed.

39.     In my opinion, these issues are fatal to the establishment of this proposed class. An individualized review of each call attempt and interview or deposition of the call recipients would be needed to establish their physical location on the date and time the call was received. Although Ms. Verkhovskaya cites previous cases where her methodology was approved (Exhibit C for her NDNCR process [¶58] and Exhibit D for her telephone-number-type process [¶69]), she cites no examples where a court has approved her Early/Late class calculations.  To the best of my knowledge, I have not seen this type of calculation attempted by a TCPA expert witness previously.

40.     In the past, when developing applications to assist marketers in complying with call time restrictions, we have found it extremely difficult to do this programmatically based on area codes, location of the dialer (where notes may be recorded timestamped with local time), and location of the call recipient (where agent notes in the same system are recorded with the recipients local time).  We have found that the zip code is a much more reliable indicator of the

---

[22] Class Action Complaint, ¶17
[23] Id. ¶46

true location of a landline telephone at the time of dial, and then there are still inaccuracies between billing address and actual address.

41.     Based on these facts, in my opinion, no weight should be given to Ms. Verkhovskaya's calculations relating to the Early/Late call class.  They do not contain enough information on how they were calculated, what variables were considered, or what QA efforts were used.

42.     In ¶70 of her report, Ms. Verkhovskaya stated, "I also reviewed the Initial Valid, Non-zero Records and identified all numbers that received at least one call in which the "Call Result" was "Drop Msg." I eliminated from this data set all calls where the "Call Result" was anything other than "Drop Msg" (the "Prerecord Message Numbers"). There were 108,137 Prerecorded Message Numbers."

43.     Later, in ¶81 of her report, Ms.Verkhovskaya stated, "I cross-referenced the Prerecorded Message Numbers against the Agent Records utilizing all available data points. This analysis found that there were 108,137 Prerecord Message Numbers called by Corporate Agents, including 141,211 calls in which the "Call Result" was "Drop Msg.""

44.     The call records in "MOJO-Intero 0000678 – 0000858" do not contain any records with a "Call result" value of "Drop Msg".  They do, however, contain records with a "Call Result" value of "Drop Message".

45.     Ms. Verkhovskaya quoted the same "108,137[24] Prerecord Message Numbers" number in both ¶70 and ¶81 of her Report.  This indicates that Ms. Verkhovskaya is asserting that <u>all</u> of the 108,137 "Prerecorded Message Numbers" were called by sales associates that have

---

[24] Verkhovskaya Deposition Transcript, 176:5-178:20-

been deemed Corporate Agents by counsel for Plaintiff.  We attempted to validate this number, but because we were not provided with the specific call records to which Ms. Verkhovskaya is referring, our analysis was done using the unique call records from "MOJO-Intero 0000678 – 0000858" which were attempted to the 108,137 phone numbers Ms. Verkhovskaya provided to us in "VERKHOVS000020 Message Telephone Numbers (1).csv" which had a "Call Result" value of "Drop Message", a duration greater than zero and a date of 9/13/2014 or later  which were made by persons who are listed in the "VERKHOVS000001-2 Intero- Mojo Corporate Agents" file and matched Ms. Verkhovskaya's other criteria.  Our analysis determined there are only 446 call records (not 141,211 as Ms. Verkhovskaya reported) and only 216 phone numbers (not 108,137 as Ms. Verkhovskaya reported).  (See Exhibit N and Exhibit O).  This is an incredibly high error rate.

46.     In addition, although Ms. Verkhovskaya's Report assumes that prerecorded voice message was, in fact, delivered every time the result "Drop Message" appears in the call records, the Chief Executive Officer of Mojo Dialing Solutions testified that the data produced by his company in this case does not indicate if the message was, in fact, delivered.  Beyond this, my anecdotal review of small samples of the "Drop Message" calls listed in the call data indicates that their call duration varies wildly, from as few as zero seconds, to over seven hundred and fifty seconds.  I am not aware of how a prerecorded message could be "delivered" if it had a zero second call duration.  I cannot imagine what a prerecorded message lasting 750 seconds (about 12 ½ minutes) would say if it were delivered.  If a message is truly "prerecorded" then I would expect that the same message often gets delivered over and over, and the call duration would be more uniform.  For me, this further calls into question the accuracy of the Mojo call records

which have call durations for these calls varying so dramatically between zero seconds and over twelve minutes in length.  To my knowledge, there were no messages produced in this case that would correspond to the Mojo Call Records, so I was not able to listen to any messages to validate the call durations.  Ms. Verkhovskaya does not indicate in her report that she actually listened to any "prerecorded" messages that were delivered by any Intero sales agents in this case.  In fact, in her deposition (178:21-179:9), she testified that she did not listen to any of the prerecorded messages.  This is an oversight on her part, as it does not allow her to accurately opine on whether the messages were prerecorded. (See Exhibit P and Exhibit Q)

47.     In (¶89) of her report, Ms. Verkhovskaya touts the fact that she performed an independent, in-depth testing of the data received from the Data Processors and found the data reliable 86-97% of the time.  First, if she performed it, it is not independent.  In a September 23, 2016 deposition in Heidrapour v. Central Payment[25], Ms. Verkhovskaya described her testing.  She uses this 86-97% figure in almost all reports.  It has never been independently verified by anyone.[26]  In fact, at her deposition in this case, Ms. Verkhovskaya stated that the testing did not utilize a statistically significant sample for any of the data processors, and that for the LexisNexis data, no testing has been done since approximately 2014, and that she does not have the

---

[25] Dep. Transcript, Page 32, Ln. 4-14, Q. When you did your testing of roughly 600 phone calls through the LexisNexis system, what did you determine their accuracy rate to be based on your testing?  A. 86 to 97 percent.  Q.  Other than the 600 or so calls that you ran through the dataset for the purpose of accuracy tests, have you ever done any other testing of the LexisNexis' technology?  A. We didn't do any testing; we did verification, which is different than testing.

[26] No accuracy statistics from the vendors or respected authorities, or actual testing of the telephone numbers at issue, is provided to support these claims. Instead, these experts base their opinions only on their years of administering class actions. Or, as in one matter where I served as opposing expert, the class administrator claimed to have conducted testing which resulted in alleged "accuracy" rates of up to 92 percent, but the underlying testing was never produced despite repeated requests.  "Just trust me," they tell the court, "I do this all the time."  https://iapp.org/news/a/why-cant-the-courts-get-wrong-number-cases-right/ Article by Peg Daley, CIPP/US (Last accessed 4/8/2020)

LexisNexis data to support the percentages she quotes in her report.[27]  In my opinion, this testing referenced by Ms. Verkhovskaya and these accuracy rates quoted in her report are false and should not be relied on by the court.

48.   In addition, as explained in my prior declaration filed in this case, the record counts contained in the files produced by Ms. Verkhovskaya, in response to subpoena, do not match the record counts listed in her report.  For example, in the folder labeled as being the response for Request No. 10, three of files contain record counts that to not match Ms. Verkhovskaya's report:

a.   "VERKHOVS000019 Early Late Telephone Numbers (2).csv" – The record count of this file is 1,740.  However, ¶80 of Ms. Verkhovskaya's report stated, "This analysis found that there were 571 Early/Late Call Numbers called by Corporate Agents, including a total of 1,410 calls that were made before 8 a.m. local time of the call recipient or after 9 p.m. local time of the call recipient."

b.   "VERKHOVS000018 IDNC Numbers (3).csv" – The record count of this file is 511,113.  However, ¶78 of Ms. Verkhovskaya's report stated, "This analysis found that there were 122,170 IDNC Numbers called by Corporate Agents, including a total of 593,631 calls."

c.   "VERKHOVS000017 NDNCR Numbers (2).csv" – The record count of this file is 257,216.  However, ¶76 of Ms. Verkhovskaya's report stated, "This analysis found that there were 68,918 NDNCR Numbers called by Corporate Agents, including a total of 349,067 calls."

At deposition, Ms. Verkhovskaya insisted that the files produced in response to subpoena, (which in my opinion, should have been exhibits to her report), were checked for accuracy.[28]

---

[27] Verkhovskaya Deposition Transcript, 150:-156:11. Q. Okay, and when you did the LexisNexis testing that you described, did you use a statistically significant sample size?" A.  I did not. Q.  Do you still have the results of those testings that you did?  A.  I do not.

[28] Verkhovskaya Deposition Transcript, 34:11-21. Q.  Did you do anything specific to double-check that before you turned over the data files to counsel for the plaintiff? A.  Yes.  Q.  Can you just describe for me

These checks obviously failed or were not properly conducted.  Ms. Verkhovskaya's production does not match her analysis.  This is problematic and casts doubt on the entirety of the report as her QA process is deficient.

49.      In Ms. Verkhovskaya's report (at ¶48), she explained her process of creating the data set "Initial Valid, Non-zero Records" and stated, "Only those records were utilized for further analysis in this matter."  As a part of creating the "Initial Valid, Non-zero Records" data set, Ms.Verkhovskaya stated, "I eliminated from the data set all calls that had a zero call duration, except for calls where the "Call Result" was "Answering Machine.""  And then she stated, "I left in the data set all zero duration calls where the "Call Result" was "Answering Machine.""  Ms.Verkhovskaya did not explain why she specifically included records with a "Call Result" of "Answering Machine" in her analysis, yet she excluded all other zero duration records, including those with a "Call Result" of "No Answer".  If she included the "Answering Machine" calls in her analysis because she concluded that the phone that was dialed must have rang, she does not explain the basis for this assumption.  In any event, this assumption is undermined by the declaration that was provided by the Chief Executive Officer of Mojo in this case, where he explains that the data his company provided does not indicate whether the dialed phone actually rang.

50.      If Ms.Verkhovskaya included calls with a "Call Result" of "Answering Machine" because she assumed a message was left, or because, as she testified at her deposition, because the call was "connected" to the called party, this assumption is undermined by documents produced by Mojo.  As she specifically stated in ¶48 of her report that "According to Mojo's Call

what you did?  A.  Opened the files, made sure that those files are not corrupted and contain the data described in the report.  Q.  And did you confirm for yourself that everything matched?  A.  As far as I recall, yes.

Results Definitions and Actions at MOJO-Intero 0000497.tif, the "Call Result" is "Answering Machine" when "the user is on a live call and one of the remaining lines reaches an answering machine" and "[i]n this case, **Mojo will not drop a pre-recorded message** because it was **not a live connection**, it will simply hang up the line."" (emphasis added).  Thus, according to the Mojo document she relied upon, if the result is "Answering Machine" no message was left and there was no live connection made either.

51.     When reviewing the MOJO-Intero 0000678 – 0000858 call records as defined by Ms.Verkhovskaya as "Initial Valid, Non-zero Records", we find that 18% of the records are records with a "Call Result" of "Answering Machine" with a duration of zero.  (See Exhibit R) We are unable to verify what this percentage would be in Ms. Verkhovskaya's output, as she only provided potentially violative telephone numbers in her output instead of the entire call record, she found potentially violative.  We believe that percentage would be at least as high as the 18% and possibly larger due to a potentially smaller data set.  In fact, limiting the records defined by Ms.Verkhovskaya as "Initial Valid, Non-zero Records" to those allegedly made by Intero Corporate Agents results in over 22% of those having a "Call Result" of "Answering Machine" with a duration of zero.  Those additional 178,967 calls would result in an overstatement of Defendant's potential exposure in this case of $89,483,500 (assuming damages of $500 per call).  I find this error rate to be unacceptable.

# V.   CONCLUSIONS

52.     Ms. Verkhovskaya's report suffers from multiple inaccuracies:

a.   Ms. Verkhovskaya's NDNCR historical analysis is based on data from CCC that does not provide historical information of the dates that telephone numbers were listed on the NDNCR, or the identity of the person who put the numbers on the list.  CCC does not represent that its data can be used in the manner she used it.

b.   Ms. Verkhovskaya's analysis of business numbers and residential numbers is flawed.  It does not purport to identify "residential telephone subscribers." The provider she used, LexisNexis, does not purport to provide a comprehensive or historical listing of all business numbers.  We found business numbers in her output data.  The initial method for finding these numbers was simply to look at the data and see the business names.  We then confirmed with both programmatic and manual research.

c.   Ms. Verkhovskaya represents her sources of name and address identification for her Historical Reverse Append process as being 86-97% accurate.  There are no results of this testing, done by Ms. Verkhovskaya, that are available for validation.  Others who have tried to replicate these results have failed to come close to those numbers.  She admittedly did not use statistically significant samples when doing her testing.

d.   Ms. Verkhovskaya's method of determining the proposed Internal Do Not Call class is wholly unreliable.  A DNC request is a very specific act – a request by a specific person for a specific caller to not call back.  An internal do not call list is a specific data set.  It either exists or it does not.  It cannot be

interpolated from a set of call detail records.  Both the handling of the do not

call requests and the maintenance of the lists are defined in the TCPA.  The

statute does not state that an internal do not call list exists whenever the same

telephone number is dialed more than once in a 12-month period.  Ms.

Verkhovskaya does not indicate that any internal do not call list was ever

requested by Plaintiff from any Intero sale associate or from Defendant, nor

does she indicate she ever examined any such list in connection with her

work.  She made no attempt to determine if any person called by an Intero

sales associate asked not to be called and was then called again.

e.   Ms. Verkhovskaya's Early/Late class lacks any sophisticated analysis and is

not close to being accurate.  The area codes of phone numbers are not reliable

indicators of the physical location of called parties on the dates of dial, a fact

she conceded in her testimony.  The changing of time through the year based

on Daylight Savings time was not taken into account.  The fact that area codes

overlap time zone boundaries and state borders is ignored.  These errors and

omissions undermine the results of her attempted analysis.

f.   The Early/Late class issues cannot be simply cured.  The actual geolocation of

a particular called party at the time of that call is impossible to determine

based simply on the area code.  This would require an individualized review

to accurately determine.

g.    The artificial/prerecorded voice class suffers from many errors.  She made no

effort to determine if any artificial or prerecorded message was actually

EXPERT REPORT OF JOHN TAYLOR          - 34 -          Case No. 5:18-cv-05623-BLF

"delivered" by any Intero sales associate.  When we attempted to validate the number of such calls that she attributed to Intero Corporate Agents, we found an incredible disparity in the number of calls she claimed they made (141,211) and the number supported by the records produced (only 446). In addition, she did not actually listen to any prerecorded calls used by Intero sales agents, nor does the call duration data suggest that a prerecorded message (that would presumably be uniform in length) was actually used.

h.   In the end, the conclusions above, coupled with the inaccuracies between her expert report and her output results, indicate that some statements in her report were made in error and some of them are just wrong based on inaccurate assumptions and analysis beyond the capabilities of Ms. Verkhovskaya.

i.   In my opinion, it is not possible to certify any of these classes based on Ms. Verkhovskaya's analysis.  An individualized review of call data, geolocation data, business status, and number reassignment would be required to accurately identify anyone who received the calls at issue in this action.

## VI.    STATEMENT OF COMPENSATION

53.    The hourly rates CompliancePoint receives for my services in this matter are attached as Exhibit B.  My compensation is not dependent upon the outcome of this matter.

## VII.    RESERVATION OF RIGHT TO AMEND

I reserve the right to supplement my opinions, particularly after I have the benefit of reviewing any additional analysis presented by Ms. Verkhovskaya or any other experts disclosed

by Plaintiff, or receiving additional information related to the subject matter of my engagement. If this matter proceeds to trial, selected pages of the documents and information that I considered may be used as exhibits.  I may also prepare graphical or illustrative exhibits based on the contents of this report, the documents and information I have considered, and my analysis of such documents and information.  Further, I may be called upon to provide additional summaries of evidence.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and this declaration was executed in Cumming, Georgia on this 17th day of April, 2020.

JOHN TAYLOR

# EXHIBIT A

# Curriculum Vitae

**John T Taylor**
**CompliancePoint Litigation Services**
**Cell (678) 234-3156**
**www.compliancepoint.com**
jtaylor@compliancepoint.com

**Current Employment:**

Director of Data Research & Analysis, CompliancePoint Litigation Services.

**Education:**

Bachelor of Science, *summa cum laude*, Liberal Arts with minors in History and Business Administration from Excelsior College, Albany, NY. Also attended University of Maryland, Harrisburg Community College, and Pike's Peak Community College.

**Registrations, Licenses, Certifications:**

Project Management Professional (PMP) by Project Management Institute, November 2001-November 2017.

**Specialized Training:**

U.S. Army Sergeants Major Academy
U.S. Army Command Sergeants Major Course
U.S. Garrison Command Sergeants Major Course
20 Professional Development Course Hours per year to maintain Project Management Certification (12 years)

**Professional Experience:**

Fifteen years of project management and more than nineteen years of data analysis in support of direct marketing compliance with U.S. federal and state laws. I have been designated as an expert in U.S. federal district court. My area of expertise is the use of compliance rules and regulations to design and manage the development of software services that assist our customers in contact compliance — do not call, do not email, do not mail, do not fax. While gaining this expertise, I have used our ever-growing data sources to analyze data provided by customers to determine its status — do not call, non-telemarketing v. telemarketing calls, Established Business Relationship (EBR) status, wireless status, and abandoned call analysis. A retired U.S. Army Command Sergeant Major, I concluded my career as the Senior Enlisted Leader of the 2nd Cavalry Regiment (Light), leading a 4,500-soldier elite combat team.

**Publications:**

None.

**Awards/Honors:**

23 separate personal awards by the U.S. Army, including the Bronze Star and Legion of Merit.

**Cases:**

Trial Testimony as Expert Witness in federal district court relative to *United States of America v. DISH Network*, 3:09-cv-03073 (C.D. Ill.).

**I have been engaged to provide data analysis, expert reports, and deposition testimony in the following cases:**

*Shamblin v. New Partners Consulting*, 8:13-cv-2428 (M.D. Fla.); *Krakauer v. DISH*, 1:14-cv-00333 (M.D. N.C.); *Margulis v. Surrey Vacation Resorts*, 4:14-cv-01131 (E.D. Mo.); *Zani v. Rite Aid*, 1:14-cv-09701 (S.D. N.Y.); *Lowe v. CVS*, 1:14-cv-03687 (N.D. Ill.); *Verma v. Memorial Healthcare Group, Inc.*, 3:16-cv-00427 (M.D. Fla.); *Tomeo v. Citigroup, Inc. and CitiMortgage, Inc.,* 1:13-cv-04046 (N.D. Ill.); *Sliwa v. Bright House Networks*, 2:16-cv-00235 (M.D. Fla.); *Gorss Motels, Inc. v. Sprint Solutions, Inc.*, 3:17-cv-00546 (D. Conn.); *Lisa Drayton and Daniel Drayton v. Toyota Motor Credit Corporation*, 3:16-cv-00046 (M.D. Fla.); *America's Health & Resource Center Ltd. v. Alcon Laboratories, Inc.*, 1:16-cv-04539 (N.D. Ill.); *Hunter et al. v. Time Warner Cable, Inc.,* 1:15-cv-06445 (S.D. N.Y.); *Morgan v. Orlando Health, Inc., et al.*, 6:17-cv-01972 (M.D. Fla.); *Morgan v. Adventist Health System/Sunbelt, Inc., d/b/a Florida Hospital Orlando, Medical Services, Inc., and North American Credit Services, Inc.*, 6:18-cv-01342 (M.D. Fla.); and *Clark v. FDS Bank and DSN Bank*, 6:17-cv-00692 (M.D. Fla.).

**In the last ten plus years, I have been engaged to prepare expert reports and/or declarations in the following cases:**

*Lees v. Anthem Insurance d/b/a Anthem Blue Cross Blue Shield,* 4:13-cv-01411 (E.D. Mo.); *Ranwick v. Texas Gila d/b/a Municipal Services Bureau*, 13-cv-02792 (D. Minn.); *Ortiz v. DCI*, 2:14-cv-00375 (D. Nev.); *Degnen v. Zimmer Dental*, 4:15-cv-01103 (E.D. Mo.); *Heidarpour v. Central Payment Co.*, 4:15-cv-00139 (M.D. Ga.); *Abante Rooter & Plumbing v. Alarm.com*, 4:15-cv-06314 (N.D. Cal.); *Johansen v. One Planet Ops, Inc.,* 2:16-cv-00121 (S.D. Ohio); *Tope v. Bankers Life Casualty Co.*, 1:18-cv-01448 (N.D. Ill.); *Burke v. Credit One Bank et al.,* 8:18-cv-00728 (M.D. Fla.); .); and *Jenkins et al. v. National Grid USA Service Company, Inc. et al.*, 2:15-cv-001219 (E.D. N.Y.).

**In addition to the following cases, I have been engaged to provide data analysis and findings through third parties.**

*Lopera v. The Receivable Management Services Corp.,* 1:12-cv-09649 (N.D. Ill.); *Rodriguez v. Allied Interstate*, 3:13-cv-00388 (S.D. Cal.); *Horton v. Cavalry*, 3:13-cv-00307 (S.D. Cal.); *Benzion v. Vivint*, 0:12-cv-61826 (S.D. Fla.); *Mey v. Honeywell*, 2:12-cv-1721 (S.D. W.Va.); *Mey v. Frontier Communications*, 3:13-cv-01191 (D. Conn.); *Toney v. Quality Resources*, 1-13-cv-00042 (N.D. Ill.); *Prater v. Medicredit*, 4:14-cv-00159 (E.D. Mo.); *Charvat v. AEP Energy,* 1:14-cv-03121 (N.D. Ill.); *Physicians Healthsource v. Stryker*, 1:12-cv-0729 (W.D. Mich.); *Rinky Dink v. EMS*, 2:13-cv-01347 (W.D. Wash.); *Suttles v. Specialty Graphics*, 1-14-cv-00505 (W.D. Tex.); *In Re: Monitronics International, Inc., Telephone Consumer Protection Act Litigation*, 1:13-md-02493 (N.D. W.Va.); *True Health Chiropractic v. McKesson*, 13-cv-02219 (N.D. Cal.); *Charvat v. DeliverCareRx*, 1:14-cv-06832 (N.D. Ill.); *Legg v. PetHealth*, 1:14-cv-10043 (N.D. Ill.); *Hopwood v. Nuance Communications.,* 3:13-cv-02132 (N.D. Cal.); *Mey v. Interstate*, 1:14-cv-01846 (N.D. Ga.); *In Re: Midland Credit Management, Inc., Telephone Con-sumer Protection Act Litigation,* 11-md-2286 (S.D. Cal.); *Camarena v. Vanderbilt Mortgage and Finance*, 3:15-cv-00305 (E.D. Tenn.); *Mey v. Patriot Payment Grp.,* 5:15-cv-00027 (N.D. W.Va.); *Aghdasi v. Mercury Insurance*, 2:15-cv-04030 (C.D. Cal.); *Melito v. American Eagle Outfitters*, 1-14-cv-02440 (S.D. N.Y.); *State of Tennessee v. Festiva Development Grp.*, 2:13-cv-00343 (E.D. Tenn.); *Thomas v. Dun & Bradstreet*, 2:15-cv-03194 (C.D. Cal.); *Beecroft v. Ocwen Loan Servicing*, 0-15-cv-00094 (D. Minn.); *Newhart v. Quicken* 9:15-cv-81250 (S.D. Fla.); *Abante Rooter & Plumbing v. New York Life Insurance*, 1:16-cv-03588 (S.D. N.Y.); *Biringer v. First Family Insurance and Jason Marra*, 4:14-cv-00566 (N.D. Fla.); *JWD Automotive v. DJM Advisory Group*, 2:15-cv-00793 (M.D. Fla.); *Russell M. Holstein v. Banner Life,* 3:16-cv-00462 (D. N.J.); *O.P. Schuman & Sons v. DJM Advisory Group*, 2:16-cv-03563 (E.D. Pa.); *Jacobs v. Quicken*, 9:15-cv-81396 (S.D. Fla.); *Abante Rooter & Plumbing v. Birch*, 1:15-cv-03562 (N.D. Ga.); *Meyer v. bebe*, 4:14-cv-00267 (N.D. Cal.); *Nece v. Quicken*, 8:16-cv-02605 (M.D. Fla.); *Gordon v. Caribbean Cruise Line,* 1:14-cv-05848 (N.D. Ill.); *Menichiello v. Crestview Financial*, 8:17-cv-00912 (C.D. Cal); *Beecroft v. Altisource*, 0:15-cv-02184 (D. Minn.); *Kerr v. Zacks Investment Research*, 3:16-cv-01352 (S.D. Cal.); *Gress v. Illinois Farmers Insurance* (Ill.); *Hopkins v. Modernize*, 4:17-40087 (D. Mass.); *Gorss Motels v. AT&T Mobility LLC & AT&T Mobility National Accounts*, 3:17-cv-00403 (D. Conn.); *Knapper v. Cox*, 2:17-cv-00913 (D. Ariz.); *Charvat v. National Holdings*, 2:14-cv-02205 (S.D. Ohio); *Pagano v. Quicken*, 3:18-cv-00117 (M.D. Fla.); *Pichardo v. Amerigroup on behalf of Eliza Corporation*, 2:17-cv-00276 (D. Nev.); *Charvat v. The Southard Corporation*, 2:14-cv-02205 (S.D. Ohio); and *Dewick v. J.P. Morgan Chase & Co.*, 3:18-cv-15232 (D. N.J.).

Some of my data analysis results, from engagements prior to 2014, that were not done for law firms and were not at the time of analysis associated with court cases have later appeared in court filings without my knowledge and, therefore, may not be included in this document.

My client base has grown to include entities other than law firms, e.g., settlement administrators for verification engagements. I also conduct custom database projects to assist in providing names and addresses from customer files in support of settlement negotiations. Additionally, I perform "gap" analyses of consumer contact operations records for companies not involved in law suits. No documents prepared in these engagements are intended as expert reports, only descriptions of the processes and data sources used to accomplish such tasks.

# EXHIBIT B

**Rates for John Taylor, Director Data Research & Analysis**
**Data Analysis Services**

| Service |
|---|
| Data Processing Charge: $0.75 per 1,000 input records < 50MM records to analyze data against historical wireless database.<br>   o   > 50MM records data processing charge of $0.55 per 1,000 input records<br>   o   Minimum charge for any data analysis will be $500 for records analyzed |
| Data Processing Charge: $0.75 per 1,000 input records < 50 MM records for analyzing data against historical National DNC Registry (NDNCR) and state Do Not Call list database.<br>   o   > 50MM records data processing charge of $0.55 per 1,000 input records<br>   o   Minimum charge for any data analysis will be $500 for records analyzed |
| Data Processing Charge for combined historical wireless and NDNCR analysis: $1 per 1,000 input records < 50MM records to analyze data against both historical databases.<br>   o   > 50MM records processing charge of $0.75 per 1,000 input records<br>   o   Minimum charge for any historical analysis for wireless and NDNCR will be $1,000 |
| Data Storage Fee: $100 per month after the initial upload & $0.20 per GB data stored. This fee allows us to maintain the data in a secure data center on database servers that are maintained and patched as needed, and keep the data available throughout the course of the engagement. When the engagement is complete, the data is destroyed in accordance with the company data destruction policy. |
| Database Administrator / Database Analyst $350 per hour for set-up, file manipulation, forensic analysis, managing the transfer, encryption/decryption, reformatting (if necessary) of the data files, etc. |
| Retention as Expert Witness $450 per hour, to include research and expert report development. |
| Deposition preparation and deposition expert testimony $600 per hour. |
| Trial preparation and expert testimony at trial $750 per hour. |
| Travel time in support of case-related requirements $150 per hour. |

Exhibit C

```
--2709318
select   count(*) Ct
from     [Intero].[MOJO-Intero 0000498 - 0000677_JSImport20200325]

--41562
select   count(*) Ct
from     [Intero].[MOJO-Intero 0000498 - 0000677_JSImport20200325]
where    [Contact Name] = 'Corporate Owned'
```

Exhibit D

```sql
--The VERKHOVS* data files produced contains numerous files. Here one query runs

--below are repeated using the various files to show the results are the same regardless of the version of the data used


--198484
select   count(*) Ct
from     [Intero].[Req 8 - VERKHOVS000013 LN_Output_NDNCR_Output_-_Corp. (1)_JSImport20200220]


--198484
select   count(*) Ct
from     [Intero].[Req 4 - VERKHOVS000013 LN_Output_NDNCR_Output_-_Corp._JSImport20200220]


--20706
select   count(*) Ct
from     [Intero].[Req 8 - VERKHOVS000013 LN_Output_NDNCR_Output_-_Corp. (1)_JSImport20200220]
where    (lastseen is NULL or Firstseen is NULL)


--20706
select   count(*) Ct
from     [Intero].[Req 4 - VERKHOVS000013 LN_Output_NDNCR_Output_-_Corp._JSImport20200220]
where    (lastseen is NULL or Firstseen is NULL)


--257216
select   count(*) Ct
from     [Intero].[Req 10 - VERKHOVS000017 NDNCR Numbers (2)_JSImport20200220] NDNCR


--257216
select   count(*) Ct
from     [Intero].[Req 5 - VERKHOVS000017 NDNCR Numbers (1)_JSImport20200220] NDNCR


--20706
select   count(*) Ct
from     [Intero].[Req 10 - VERKHOVS000017 NDNCR Numbers (2)_JSImport20200220] NDNCR
         join [Intero].[Req 8 - VERKHOVS000013 LN_Output_NDNCR_Output_-_Corp. (1)_JSImport20200220] LN
             on NDNCR.Customer_Phone_Number = LN.Phone
where    (LN.lastseen is NULL or LN.Firstseen is NULL)
         and LN.Phone is not NULL


--20706
select   count(*) Ct
from     [Intero].[Req 10 - VERKHOVS000017 NDNCR Numbers (2)_JSImport20200220] NDNCR
         join [Intero].[Req 4 - VERKHOVS000013 LN_Output_NDNCR_Output_-_Corp._JSImport20200220] LN
             on NDNCR.Customer_Phone_Number = LN.Phone
where    (LN.lastseen is NULL or LN.Firstseen is NULL)
         and LN.Phone is not NULL


--20706
select   count(*) Ct
from     [Intero].[Req 5 - VERKHOVS000017 NDNCR Numbers (1)_JSImport20200220] NDNCR
         join [Intero].[Req 8 - VERKHOVS000013 LN_Output_NDNCR_Output_-_Corp. (1)_JSImport20200220] LN
             on NDNCR.Customer_Phone_Number = LN.Phone
where    (LN.lastseen is NULL or LN.Firstseen is NULL)
         and LN.Phone is not NULL
```

```
--20706
select  count(*) Ct
from    [Intero].[Req 5 - VERKHOVS000017 NDNCR Numbers (1)_JSImport20200220] NDNCR
        join [Intero].[Req 4 - VERKHOVS000013 LN_Output_NDNCR_Output_-_Corp._JSImport20200220] LN
          on NDNCR.Customer_Phone_Number = LN.Phone
where   (LN.lastseen is NULL or LN.Firstseen is NULL)
        and LN.Phone is not NULL
```

Exhibit E

```sql
1   --Table of records in NDNCR which have winnowed out unwanted records
2   --(136 row(s) affected)
3   select  VERK.Customer_Phone_Number, VERK.RowId [VERK_RowId], PH.[Contact Name], min(PH.RowId) [Phone RowId]
4   into    [Intero].[Exhibit_Req 5 - VERKHOVS000017 NDNCR Numbers (1)_JSImport20200220_Poss_Business_Names]
5   from    [Intero].[Req 5 - VERKHOVS000017 NDNCR Numbers (1)_JSImport20200220] VERK
6           join [Intero].[MOJO-Intero 0000498 - 0000677_JSImport20200325_Phones] PH
7               on VERK.Customer_Phone_Number = PH.Phone
8   where   (
9               PH.[Contact Name] like '%INC.'
10              or PH.[Contact Name] like '%INC.'
11              or PH.[Contact Name] like '%REALT%'
12              or PH.[Contact Name] like '%CORP%'
13              or PH.[Contact Name] like '%BANK%'
14              or PH.[Contact Name] like '%STORE%'
15              or PH.[Contact Name] like 'THE %'
16              or PH.[Contact Name] like '%LLC%'
17              or PH.[Contact Name] like '%MANAGEMENT%'
18              or PH.[Contact Name] like '%MGMT%'
19              or PH.[Contact Name] like '%CAPITAL%'
20              or PH.[Contact Name] like '%FINANCIAL%'
21              or PH.[Contact Name] like '%GROUP%'
22              or PH.[Contact Name] like '%SERVICES%'
23              or PH.[Contact Name] like '%ADVISORS%'
24              or PH.[Contact Name] like '% OF %'
25              or PH.[Contact Name] like '%NATIONAL%'
26          )
27  group   by VERK.Customer_Phone_Number, VERK.RowId, PH.[Contact Name]
28
29  --look for names from call records
30
31  --Contact Name            Ct
32  --Double T Management     2
33  select  [Contact Name], count(*) Ct
34  from    [Intero].[MOJO-Intero 0000678 - 0000858_JSImport20200212_Distinct_Records]
35  where   (
36              [Call Result] = 'Answering Machine'
37              or TRY_CONVERT(bigint,[Duration]) > 0
38          )
39          and Try_Convert(Datetime,substring([Date],1,10)) >= Try_Convert(Datetime,'2014-09-13')
40          and [Contact Phone] = '3103777165'
41  group   by [Contact Name]
42
43  --Contact Name                    Ct
44  --NULL                            2
45  --Juan Plasencia                  1
46  --Mgmt-ix Starlite                2
47  --Mike Nigeer- Spssm Investments Vi 1
48  --Sabraj Nijjar                   1
49  --Starlite Mgmt-Ix Lp             2
50  select  [Contact Name], count(*) Ct
51  from    [Intero].[MOJO-Intero 0000678 - 0000858_JSImport20200212_Distinct_Records]
52  where   (
```

```
53              [Call Result] = 'Answering Machine'
54              or TRY_CONVERT(bigint,[Duration]) > 0
55              )
56              and Try_Convert(Datetime,substring([Date],1,10)) >= Try_Convert(Datetime,'2014-09-13')
57              and [Contact Phone] = '6265750062'
58     group   by [Contact Name]
59
60     --Contact Name                        Ct
61     --BANK TR                             1
62     --Fargo Wells                         2
63     --Federal Corp                        1
64     --Federal National Mortgage Association 1
65     --National Federal                    1
66     --No Name                             3
67     --WELLS A                             1
68     --WELLS BANK                          2
69     --Wells Fargo Bk Na                   1
70     --WELLS NA                            1
71     select  [Contact Name], count(*) Ct
72     from    [Intero].[MOJO-Intero 0000678 - 0000858_JSImport20200212_Distinct_Records]
73     where   (
74              [Call Result] = 'Answering Machine'
75              or TRY_CONVERT(bigint,[Duration]) > 0
76              )
77              and Try_Convert(Datetime,substring([Date],1,10)) >= Try_Convert(Datetime,'2014-09-13')
78              and [Contact Phone] = '8033966000'
79     group   by [Contact Name]
80
81     --Contact Name               Ct
82     --Aztec Financial            2
83     --Corporate Owned            1
84     select  [Contact Name], count(*) Ct
85     from    [Intero].[MOJO-Intero 0000678 - 0000858_JSImport20200212_Distinct_Records]
86     where   (
87              [Call Result] = 'Answering Machine'
88              or TRY_CONVERT(bigint,[Duration]) > 0
89              )
90              and Try_Convert(Datetime,substring([Date],1,10)) >= Try_Convert(Datetime,'2014-09-13')
91              and [Contact Phone] = '8188488960'
92     group   by [Contact Name]
93
```

Exhibit F

| Customer_Phone_Number | VERK_RowId | Contact Name | Phone RowId | Likely Business | Checked Google | Similar to Contact Name in MOJO-Intero 678-858 |
|---|---|---|---|---|---|---|
| 2108656572 | 1819 | Resources Financial | 1546244 | Y | | |
| 2134887770 | 2748 | Invs International | 16211 | Y | | |
| 2137129090 | 3059 | Corporate Owned | 208541 | Y | Y | |
| 2163719122 | 4152 | Margaret Banks | 2015799 | | | |
| 3102743512 | 7083 | Richard Bank | 233619 | | | |
| 3103777165 | 8425 | Double T Management | 1647643 | Y | Double T LLC (Real Estatement Management) - https://localadvices.com/detail/double-t-llc-3103777165 | 'Double T Management' |
| 3104283798 | 9240 | Llc Sinnat | 16388 | Y | | |
| 3104350090 | 9396 | Corporate Owned | 234514 | Y | Y | |
| 3105750600 | 11747 | Corporate Owned | 1421771 | Y | | |
| 3106704962 | 12968 | Realty Narutotai | 120917 | Y | | |
| 3108455945 | 14770 | Corporate Owned | 1421771 | Y | | |
| 3108699624 | 15017 | Corporate Owned | 10068 | Y | | |
| 3176362880 | 17263 | Amberly Eubanks | 2003363 | | | |
| 3232226082 | 17648 | Realty Phoenix | 8664 | Y | | |
| 3234618467 | 20137 | Anfora Group | 15914 | Y | Y | |
| 3234672991 | 20219 | Anfora Group | 638570 | Y | | |
| 3237218179 | 22766 | Corporate Owned | 239596 | Y | | |
| 3239365374 | 24760 | Corporate Owned | 897483 | Y | | |
| 4082066989 | 26263 | Services Ira | 2493647 | Y | Y | |
| 4082446012 | 29546 | Michael G Eubank | 299668 | | | |
| 4082480423 | 30902 | Ronald Willcox | 1159417 | | | |
| 4082480423 | 30902 | Caridad Willcox | 2238394 | | | |
| 4082528535 | 32103 | Perry Estores | 296558 | | | |
| 4082528535 | 32103 | C Estores | 331547 | Y | | |
| 4082596814 | 33862 | Bubbas Banks | 1167547 | | | |
| 4082810768 | 36957 | Mario Corpuz | 355993 | | | |
| 4082942874 | 37640 | Donald Banks | 2244309 | | | |
| 4082942874 | 37640 | Craig Banks | 2505633 | | | |
| 4084690800 | 46134 | Tony Supstore | 1503452 | | | |
| 4085311944 | 48289 | Deanna Corpuz | 1011494 | | | |
| 4085695357 | 49567 | Storek Adam | 334174 | | | |
| 4085695357 | 49567 | Debbie Storek | 341003 | | | |
| 4087321888 | 55421 | Eves E Tallchief | 322729 | | | |
| 4087324596 | 55599 | Arline Burbank | 2074708 | | | |
| 4087327190 | 55744 | Jerry Banks | 296080 | | | |
| 4087332197 | 56021 | Storek Adam | 334174 | | | |
| 4087332492 | 56032 | Corporate Owned | 1305746 | Y | | |
| 4087363192 | 56901 | Carolyn K Swithenbank | 301483 | | | |
| 4087363192 | 56901 | Alicia Swithenbank | 389681 | | | |
| 4087363192 | 56901 | Carolyn Swithenbank | 2282353 | | | |
| 4087380433 | 57696 | Michael Banks | 300965 | | | |
| 4087380433 | 57696 | Steven Banks | 325274 | | | |
| 4087380433 | 57696 | Steven A Banks | 2077254 | | | |
| 4087382205 | 57808 | The Cao | 300655 | Y | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4087435044 | 58798 | Frederick C Storek | 305370 | | | | |
| 4087435044 | 58798 | Storek Adam | 334174 | | | | |
| 4087435044 | 58798 | Debbie Storek | 341003 | | | | |
| 4088300135 | 61926 | David Eubank | 389903 | | | | |
| 4088387523 | 62557 | Sharon Banks | 1308824 | | | | |
| 4088459232 | 62900 | Financial Goodview | 1287209 | Y | | | |
| 4088469606 | 62949 | Patrick Corpus | 1177607 | | | | |
| 4088651039 | 63696 | Shirley Ann Stallcop | 342129 | | | | |
| 4088949118 | 65320 | Nancy Banko | 2180066 | | | | |
| 4089265602 | 66166 | C Corpuz | 2175122 | | | | |
| 4089479471 | 66992 | Of Bank | 1285624 | Y | | | |
| 4089739450 | 67620 | Group Sv | 130123 | Y | | | |
| 4089814668 | 68139 | Tree Lined Properties LLC | 1151376 | Y | | Hometown Realty & Loan Inc - https://www.manta.com/c/mhqxq95/hometown-realty-loan-inc | |
| 4089969292 | 69136 | Gabriela Banks | 306956 | | | | |
| 4153977341 | 70685 | Corporate Owned | 69836 | Y | | Susan Lyon Education Foundation - https://fconline.foundationcenter.org/fdo-grantmaker-profile/?key=LYON044 | |
| 4155150185 | 70991 | Corporate Owned | 1287789 | Y | | | |
| 4155169635 | 71030 | Ruth Storek | 2246377 | | | | |
| 5103243709 | 77102 | Maria J Corpuz | 173698 | | | | |
| 5103243709 | 77102 | Fernando Corpuz | 2228338 | | | | |
| 5104821677 | 82145 | Corporate Owned | 223013 | Y | | | |
| 5104908759 | 83196 | Valued Llc | 1049694 | Y | | | |
| 5109720770 | 96712 | Rhonda Banks | 172194 | | | | |
| 5623479631 | 101578 | Corporate Owned | 10320 | Y | | | |
| 5626654041 | 104050 | Corporate Owned | 1263474 | Y | | | |
| 5626919414 | 104346 | Xiii Group | 200307 | Y | | Martplan Insurance - https://localadvices.com/detail/martplan-insurance-5626919414 | |
| 5627146869 | 105031 | Corporate Owned | 213949 | Y | | | |
| 6262715076 | 111704 | Management Gen13 | 516946 | Y | | | |
| 6263305393 | 113495 | Management Gen13 | 516946 | Y | | | |
| 6263907937 | 116545 | Corporate Owned | 633418 | Y | | | |
| 6264463449 | 117561 | Corporate Owned | 98302 | Y | Y | | |
| 6265750062 | 119070 | Mgmt-Ix Starlite | 1658632 | Y | | Nijjar Realty Inc - https://www.manta.com/c/mmj13z5/nijjar-realty-inc | 'Mike Nigeer- Spssm Investments Vi' & 'Sabraj Nijjar' |
| 6266223346 | 119605 | Corporate Owned | 89165 | Y | Y | | |
| 6268068461 | 121652 | Cap National | 231728 | Y | Y | | |
| 6268398824 | 122663 | Group Maxland | 1657939 | Y | | Meridian One Group - https://meridianonegroup.com/index.html | |
| 6269149767 | 123694 | Cap National | 231728 | Y | | | |
| 6269616549 | 124468 | Corporate Owned | 208541 | Y | | | |
| 6503414850 | 128799 | Corporate Owned | 1288333 | Y | | | |
| 6503441600 | 128981 | Group Drs | 1289994 | Y | | | |
| 6507034650 | 132411 | Corporate Owned | 2529540 | Y | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6507045592 | 132464 | Jai Castorena | 1077927 | | | |
| 6509063230 | 134549 | Janeelizabeth Corpos | 352446 | | | |
| 6509965681 | 137880 | Jeffrey Bank | 358074 | | | |
| 7044553351 | 141653 | Anfora Group | 15914 | Y | | |
| 7142254000 | 148559 | Corporate Owned | 495021 | Y | | |
| 7142254008 | 148560 | Corporate Owned | 495021 | Y | | |
| 7142445710 | 148812 | Realty Hs | 504018 | Y | Y | |
| 7142833313 | 149611 | Corporate Owned | 1361976 | Y | Y | |
| 7143813313 | 151567 | Corporate Owned | 1361976 | Y | | |
| 7144410900 | 152573 | Financial Keswick | 1665724 | Y | | |
| 7145246260 | 153769 | Llc Investnotic | 455069 | Y | | |
| 7147778062 | 159201 | Corporate Owned | 2358199 | Y | | |
| 7147791562 | 159285 | Corporate Owned | 77073 | Y | | |
| 7147792999 | 159316 | Dayona H Lubanko | 818979 | | | |
| 7149018450 | 161787 | Corporate Owned | 941962 | Y | | |
| 7149282003 | 162214 | Corporate Owned | 272147 | Y | Y | |
| 7189862983 | 164193 | Corporate Owned | 208541 | Y | | |
| 7608873160 | 169887 | Latanya Ebanks | 113685 | | | |
| 7609640157 | 171581 | Corporate Owned | 481342 | Y | | |
| 8033966000 | 172689 | National Federal | 2123948 | Y | Wells Fargo Home Mortgage - https://www.yelp.com/biz/wells-fargo-home-mortgage-fort-mill | 'Fargo Wells', 'WELLS BANK', 'Wells Fargo Bk Na' |
| 8185088239 | 178786 | Corporate Owned | 285286 | Y | | |
| 8188488960 | 181855 | Corporate Owned | 2345802 | Y | Aztec Financial - http://www.siclists.com/california/burbank/Aztec-Financial_BF7Z.html | 'Aztec Financial' |
| 8189050536 | 182442 | Corporate Owned | 10555 | Y | | |
| 8189862029 | 183113 | Corporate Owned | 10555 | Y | | |
| 8603423144 | 186233 | Corporate Owned | 1462621 | Y | | |
| 9092041780 | 186630 | Lesan Banko | 1220814 | | | |
| 9092270266 | 187408 | Corporate Owned | 497284 | Y | | |
| 9093224949 | 189299 | Corporate Owned | 16899 | Y | | |
| 9093429858 | 189614 | Art Castorena | 1529674 | | | |
| 9094990974 | 192719 | Corporate Owned | 1637492 | Y | Y | |
| 9094993768 | 192748 | Denyse Banks | 1452851 | | | |
| 9094993768 | 192748 | Chene Banks | 1630463 | | | |
| 9095438916 | 193426 | Corporate Owned | 75621 | Y | | |
| 9096121760 | 196570 | Corporate Owned | 974788 | Y | | |
| 9096204695 | 196755 | Julie Storey | 137571 | | | |
| 9097828711 | 200044 | Corporate Owned | 503570 | Y | | |
| 9098995779 | 205789 | Llc Claasic | 227932 | Y | | |
| 9099414049 | 206936 | Corporate Owned | 239714 | Y | Y | |
| 9169416385 | 220881 | Megan Banks | 658097 | | | |
| 9169846664 | 222134 | Kayla Welbanks | 641923 | | | |
| 9169846664 | 222134 | Shelly L Welbanks | 651753 | | | |
| 9254260762 | 225727 | Thomas Storey | 1046180 | | | |
| 9254843229 | 227112 | The Yamin | 1068594 | Y | | |
| 9256009228 | 228194 | Stephen M Banke | 1068900 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 9256271593 | 228281 | Capital Swan | 1306824 | Y | |
| 9492912952 | 234967 | Of Bank | 1368646 | Y | |
| 9493700005 | 236211 | Sentelle Eubanks | 235984 | | |
| 9494814030 | 237832 | Of Bank | 1368646 | Y | |
| 9495881116 | 240298 | Llc Garland-William | 910878 | Y | Y |
| 9496404537 | 240746 | Corporate Owned | 495021 | Y | |
| 9496739293 | 241356 | Corporate Owned | 88103 | Y | Y |
| 9512036659 | 244388 | James Banks | 487895 | | |
| 9516795625 | 251341 | Corporate Owned | 7874 | Y | |

Exhibit G

Phone: 310-377-7165
Contact Name in Mojo-Intero 498-677: Double T Management
Contact Name in Mojo-Intero 678-858: Double T Management
Website: Double T LLC (Real Estatement Management) -
https://localadvices.com/detail/double-t-llc-3103777165



Phone: 626-575-0062
Contact Name in Mojo-Intero 498-677: Mgmt-Ix Starlite
Contact Name in Mojo-Intero 678-858: 'Mike Nigeer- Spssm Investments Vi' & 'Sabraj Nijjar'
Website: Nijjar Realty Inc - https://www.manta.com/c/mmj13z5/nijjar-realty-inc



Phone: 803-396-6000
Contact Name in Mojo-Intero 498-677: National Federal
Contact Name in Mojo-Intero 678-858: 'Fargo Wells', 'WELLS BANK', 'Wells Fargo Bk Na'
Website: Wells Fargo Home Mortgage - https://www.yelp.com/biz/wells-fargo-home-mortgage-fort-mill



Phone: 818-848-8960
Contact Name in Mojo-Intero 498-677: Corporate Owned
Contact Name in Mojo-Intero 678-858: Aztec Financial
Website: Aztec Financial - http://www.siclists.com/california/burbank/Aztec-Financial_BF7Z.html



Exhibit H



Screenshot https://www.explorelawyers.com/attorney/hanley-patrick-attorney-law-71616-sacramento

Ph# 916-475-1680

Found in "VERKHOVS000018 IDNC Numbers (2).csv" and "VERKHOVS000018 IDNC Numbers (3).csv" at row 435129.

Directory Assistance Database Record

| 9164751680 | Hanley Patrick Attorney at Law | 2/28/2014 0:00 | PB | I | BUS |
|---|---|---|---|---|---|

Exhibit I



Screenshot https://www.manta.com/c/mb4mmrj/sound-mortgage

Ph# 949-748-8799

Found in "VERKHOVS000018 IDNC Numbers (2).csv" and "VERKHOVS000018 IDNC Numbers (3).csv" at row 479349.

Directory Assistance Database Record

| 9497488799 | Sound Mortgage Inc | 1/10/2014 0:00 | PB | I | BUS |
|---|---|---|---|---|---|

Exhibit J



Screenshot https://carolynmyoung.com/

Ph# 916-446-5555

Found in "VERKHOVS000018 IDNC Numbers (2).csv" and "VERKHOVS000018 IDNC Numbers (3).csv" at row 434682.

Directory Assistance Database Record

| 9164465555 | Young Carolyn M Fiduciary Services | 1/6/2014 0:00 | PB | I | BUS |
|------------|-----------------------------------|---------------|----|---|-----|

Exhibit K

```
1    --The check to confirm the number of records in a particular import are repeated on each
2    --of the LN Output files to confirm they all return the same information
3
4    --198484
5    select  count(*) Ct
6    from    [Intero].[Req 4 - VERKHOVS000013 LN_Output_NDNCR_Output_-_Corp._JSImport20200220]
7
8    --198478
9    select  count(*) Ct
10   from    [Intero].[Req 4 - VERKHOVS000013 LN_Output_NDNCR_Output_-_Corp._JSImport20200220]
11   where   [BusResGov] = 'MLR'
12
13   --198484
14   select  count(*) Ct
15   from    [Intero].[Req 4 - VERKHOVS000014 LN_Output_NDNCR_Output_-_NonCorp._JSImport20200220]
16
17   --198478
18   select  count(*) Ct
19   from    [Intero].[Req 4 - VERKHOVS000014 LN_Output_NDNCR_Output_-_NonCorp._JSImport20200220]
20   where   [BusResGov] = 'MLR'
21
22   --198484
23   select  count(*) Ct
24   from    [Intero].[Req 8 - VERKHOVS000013 LN_Output_NDNCR_Output_-_Corp. (1)_JSImport20200220]
25
26   --198478
27   select  count(*) Ct
28   from    [Intero].[Req 8 - VERKHOVS000013 LN_Output_NDNCR_Output_-_Corp. (1)_JSImport20200220]
29   where   [BusResGov] = 'MLR'
30
31   --198484
32   select  count(*) Ct
33   from    [Intero].[Req 8 - VERKHOVS000014 LN_Output_NDNCR_Output_-_NonCorp. (1)_JSImport20200220]
34
35   --198478
36   select  count(*) Ct
37   from    [Intero].[Req 8 - VERKHOVS000014 LN_Output_NDNCR_Output_-_NonCorp. (1)_JSImport20200220]
38   where   [BusResGov] = 'MLR'
39
40
```

Exhibit L

```sql
--31
select V17.[Customer_Phone_Number]
from     [Intero].[Req 10 - VERKHOVS000017 NDNCR Numbers (2)_JSImport20200220] V17 --Ms. Verkhovskaya's NDNCR list
    join
    (
        select  [contact Phone], max(TRY_CONVERT(datetime,[Date])) Last_Call
        from    [Intero].[Req 10 - VERKHOVS000017 NDNCR Numbers (2)_JSImport20200220_Dials_To_Consider]
        group   by [contact Phone]
    ) VERK --Call records with phones on Ms. Verkhovskaya's NDNCR list limited to phone numbers that appear to match Ms. Verkhovskaya's criteria
        on V17.[Customer_Phone_Number] = VERK.[Contact Phone]
    join
    (
        select  dateadd(d,31,DNC_Date) DNC_Grace_Date, DS.*
        from
        (
            select  try_convert(datetime,substring(CCC.Reason,charindex('National (USA)',CCC.Reason)+datalength('National (USA)')+1,10)) DNC_Date,
                    CCC.*
            from    [Intero].[Req 3 - VERKHOVS000006 detailed_JSImport20200220] CCC
            where   CCC.Reason is not NULL
                    and CCC.Reason like '%National (USA)%'
        ) DS
    ) NDNCR ---CCC Data
        on V17.[Customer_Phone_Number] = NDNCR.[Phone#]
where   VERK.Last_Call <= NDNCR.DNC_Grace_Date --last call record is prior to grace period
```

Exhibit M

| Customer_Phone_Number |
|---|
| 2158176545 |
| 4082345995 |
| 4083620123 |
| 4083779800 |
| 4084238000 |
| 4084260116 |
| 4085041372 |
| 4085063636 |
| 4086498212 |
| 4086659142 |
| 4088326666 |
| 4089662185 |
| 4156885558 |
| 4694759145 |
| 5103649616 |
| 5104688757 |
| 5104720169 |
| 5105020066 |
| 5105388932 |
| 5106723912 |
| 5418991358 |
| 7037323162 |
| 8054392603 |
| 8319153668 |
| 9252141385 |
| 9252160737 |
| 9254618736 |
| 9254870199 |
| 9255775134 |
| 9259643688 |
| 9259999500 |

Exhibit N

```
1   --Records with Drop Message which match the customer telephone numbers
2   --(446 row(s) affected)
3   select  DIAL.[Date], DIAL.[Agent Name], DIAL.[Contact Name], DIAL.[Contact Phone], DIAL.Duration, DIAL.[Call Result], DIAL.[Caller ID]
4   into    [Intero].[Exhibit - Drop Messages - Req 10 - VERKHOVS000020 MOJO-Intero 0000678 - 0000858]
5   from    [Intero].[Req 10 - VERKHOVS000020 Message Telephone Numbers (1)_JSImport20200220] MSG
6           join
7               (
8               select  DS.*
9               from    [ClientData].[Intero].[MOJO-Intero 0000678 - 0000858_JSImport20200212_Distinct_Corp_Etc_Records] DS
10              where   [Call Result] = 'Drop Message'
11              ) DIAL
12              on MSG.Customer_Phone_Number = DIAL.[Contact Phone]
13
14  --216
15  select  count(Distinct [Contact Phone]) Ct_Phone
16  from    [Intero].[Exhibit - Drop Messages - Req 10 - VERKHOVS000020 MOJO-Intero 0000678 - 0000858]
```

Exhibit O

| Date | Agent Name | Contact Name | Contact Phone | Duration | Call Result | Caller ID |
|------|-----------|--------------|---------------|----------|-------------|-----------|
| 01-23-2018 17:21:16 | Jason Traina | Wazma Azizi | 2092424970 | 25 | Drop Message | 4087214880 |
| 08-01-2017 17:09:54 | Sophie | Jose Monteiro | 2098146124 | 48 | Drop Message | 4083380842 |
| 11-25-2015 18:35:19 | amir shahkarami | Jose Monteiro | 2098307448 | 49 | Drop Message | 4083763777 |
| 01-04-2016 00:37:10 | amir shahkarami | Jose Monteiro | 2098307448 | 45 | Drop Message | 4083763777 |
| 01-26-2016 17:52:00 | amir shahkarami | Jose Monteiro | 2098307448 | 55 | Drop Message | 4083763777 |
| 11-20-2015 22:57:37 | amir shahkarami | Jose Monteiro | 2098307448 | 48 | Drop Message | 4083763777 |
| 11-12-2015 23:30:46 | amir shahkarami | Jose Monteiro | 2098307448 | 49 | Drop Message | 4083763777 |
| 06-04-2018 19:27:34 | EDDIE OBEROI | Trust Mudan | 2149069154 | 57 | Drop Message | 6509354823 |
| 07-01-2017 17:16:10 | Samuel Spinella | JUSTIN RILEY | 2535655044 | 58 | Drop Message | 4084265488 |
| 06-28-2017 17:04:18 | Samuel Spinella | NAGAPADMINI PAVULURI | 2623475730 | 34 | Drop Message | 4084265488 |
| 06-28-2017 17:28:52 | Samuel Spinella | Steven Pengelly | 3102519911 | 33 | Drop Message | 4084265488 |
| 07-01-2017 16:39:36 | Samuel Spinella | Steven Pengelly | 3102519911 | 39 | Drop Message | 4084265488 |
| 05-01-2018 16:44:05 | EDDIE OBEROI | Vitor Pereira | 3108018295 | 33 | Drop Message | 4087079997 |
| 12-19-2019 19:27:05 | William H. Harrigan | Equity Residential | 3124741300 | 74 | Drop Message | 4087104538 |
| 12-03-2019 20:45:22 | Sophie | June L Gentry | 3145182225 | 34 | Drop Message | 4083380842 |
| 12-02-2019 23:11:12 | Sophie | June L Gentry | 3145182225 | 37 | Drop Message | 4083380842 |
| 06-04-2018 19:32:03 | EDDIE OBEROI | No Name | 3232992153 | 60 | Drop Message | 6509354823 |
| 11-30-2017 23:26:28 | Jess Delhonte | Eduardo Sy | 4082036435 | 82 | Drop Message | 4083575773 |
| 01-05-2016 19:03:16 | amir shahkarami | George Mohler | 4082169571 | 18 | Drop Message | 4083763777 |
| 01-02-2016 20:53:18 | amir shahkarami | George Mohler | 4082169571 | 17 | Drop Message | 4083763777 |
| 02-13-2016 18:55:35 | amir shahkarami | George Mohler | 4082169571 | 17 | Drop Message | 4083763777 |
| 02-13-2016 19:06:48 | amir shahkarami | George Mohler | 4082169571 | 18 | Drop Message | 4083763777 |
| 11-13-2015 22:34:55 | amir shahkarami | Mundo Del | 4082179190 | 54 | Drop Message | 4083763777 |
| 11-20-2015 23:15:11 | amir shahkarami | Mundo Del | 4082179190 | 65 | Drop Message | 4083763777 |
| 06-01-2017 16:50:38 | Dominic Nicoli | Evelyn | 4082210023 | 64 | Drop Message | 4088923122 |
| 07-23-2017 15:15:20 | Samuel Spinella | Evelyn Sineneng-Smith | 4082210023 | 33 | Drop Message | 4084265488 |
| 08-01-2017 16:42:54 | Sophie | Evelyn Sineneng-Smith | 4082210023 | 41 | Drop Message | 4083380842 |
| 07-07-2017 18:09:02 | Samuel Spinella | Evelyn Sineneng-Smith | 4082210023 | 40 | Drop Message | 4084265488 |
| 12-19-2019 23:58:30 | Sophie | Mark Davis | 4082216520 | 36 | Drop Message | 4083380842 |
| 12-23-2017 23:57:11 | Sophie | Mark Davis | 4082216520 | 41 | Drop Message | 4083380842 |
| 12-11-2019 22:29:27 | Sophie | Mark Davis | 4082216520 | 30 | Drop Message | 4083380842 |
| 12-18-2019 01:28:16 | Sophie | Mark Davis | 4082216520 | 35 | Drop Message | 4083380842 |
| 12-15-2019 00:42:45 | Sophie | Mark Davis | 4082216520 | 32 | Drop Message | 4083380842 |
| 12-26-2019 23:48:04 | Sophie | Mark Davis | 4082216520 | 41 | Drop Message | 4083380842 |

| 12-13-2019 01:15:32 | Sophie | Thomas Cornell Christina Cornell | 4082232873 | 28 | Drop Message | 4083380842 |
| 10-07-2019 17:02:38 | Michael Todd | Rosario Barone | 4082246805 | 43 | Drop Message | 4083078126 |
| 01-22-2016 19:21:47 | amir shahkarami | SOPHALY HIEP | 4082257588 | 27 | Drop Message | 4083763777 |
| 02-11-2016 01:47:13 | amir shahkarami | SOPHALY HIEP | 4082257588 | 27 | Drop Message | 4083763777 |
| 10-04-2019 16:38:14 | Michael Todd | Andrew Yerry | 4082274799 | 38 | Drop Message | 4083078126 |
| 12-14-2019 01:07:46 | Sophie | Neil Fernandez | 4082425610 | 39 | Drop Message | 4083380842 |
| 02-01-2016 18:59:30 | amir shahkarami | Daphne Liu | 4082455028 | 22 | Drop Message | 4083763777 |
| 12-11-2019 22:31:14 | Sophie | Mark Davis | 4082496312 | 34 | Drop Message | 4083380842 |
| 01-19-2016 00:45:59 | amir shahkarami | WILLIAM RENFROE | 4082510775 | 33 | Drop Message | 4083763777 |
| 06-29-2017 17:54:15 | Samuel Spinella | BENJAMIN REYES | 4082544510 | 36 | Drop Message | 4084265488 |
| 01-09-2018 18:42:22 | Jason Traina | Benjamin Reyes | 4082544510 | 43 | Drop Message | 4087214880 |
| 06-26-2017 15:24:44 | Samuel Spinella | BENJAMIN REYES | 4082544510 | 35 | Drop Message | 4084265488 |
| 08-15-2018 18:43:25 | Jennifer Yi | Yueh S Chi | 4082558977 | 15 | Drop Message | 4085977572 |
| 12-18-2015 22:53:05 | amir shahkarami | Geo. J & Charlotte Rodrigues | 4082581812 | 29 | Drop Message | 4083763777 |
| 02-03-2016 19:02:39 | amir shahkarami | GEORGE RODRIGUES | 4082581812 | 28 | Drop Message | 4083763777 |
| 02-06-2016 02:12:37 | amir shahkarami | HAN NGUYEN | 4082591270 | 47 | Drop Message | 4083763777 |
| 08-03-2016 19:47:46 | Samuel Spinella | ANH NGUYEN | 4082591270 | 67 | Drop Message | 4084265488 |
| 02-22-2018 21:37:04 | Jordan Mott | Maria Espinoza | 4082600548 | 46 | Drop Message | 4083732000 |
| 01-14-2016 23:40:59 | amir shahkarami | ROBERT ESPINOZA | 4082600548 | 48 | Drop Message | 4083763777 |
| 06-08-2018 20:05:42 | Jennifer Yi | Maria Espinoza | 4082600548 | 22 | Drop Message | 4085977572 |
| 01-21-2016 00:11:21 | amir shahkarami | DAVID ABRAHAM | 4082626315 | 41 | Drop Message | 4083763777 |
| 12-22-2015 00:38:50 | amir shahkarami | Ms Parinaz Karkaria | 4082640516 | 26 | Drop Message | 4083763777 |
| 12-22-2015 00:34:54 | amir shahkarami | Montemayor Oscar | 4082641706 | 46 | Drop Message | 4083763777 |
| 12-22-2015 00:45:25 | amir shahkarami | Tina Chan | 4082643920 | 41 | Drop Message | 4083763777 |
| 01-09-2020 23:02:48 | Sophie | Esfandiar Gharib | 4082652633 | 45 | Drop Message | 4083380842 |
| 12-22-2015 00:27:05 | amir shahkarami | Roger Blechman | 4082656165 | 40 | Drop Message | 4083763777 |
| 12-02-2015 23:41:33 | amir shahkarami | Mr Michael Kantorovich | 4082657217 | 22 | Drop Message | 4083763777 |
| 04-19-2019 15:25:33 | STEVE NAIR | Abebe Gelagay | 4082660264 | 46 | Drop Message | 4082102063 |
| 02-04-2016 23:13:04 | amir shahkarami | ABEBE GELAGAY | 4082660264 | 45 | Drop Message | 4083763777 |
| 01-03-2016 00:41:37 | amir shahkarami | Abebe Gelagay | 4082660264 | 38 | Drop Message | 4083763777 |
| 02-15-2017 17:23:58 | Dominic Nicoli | Abebe | 4082660264 | 33 | Drop Message | 4088923122 |
| 05-30-2018 21:42:18 | EDDIE OBEROI | Abebe Gelagay | 4082660264 | 44 | Drop Message | 4087079997 |
| 01-20-2016 21:30:47 | amir shahkarami | Abebe Gelagay | 4082660264 | 42 | Drop Message | 4083763777 |
| 02-04-2016 23:18:36 | amir shahkarami | MARGARET VEGA | 4082666289 | 39 | Drop Message | 4083763777 |
| 12-03-2015 22:29:22 | amir shahkarami | Maria Vega | 4082666289 | 46 | Drop Message | 4083763777 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01-20-2016 21:37:24 | amir shahkarami | Maria Vega | 4082666289 | 40 | Drop Message | 4083763777 |
| 01-03-2016 00:55:27 | amir shahkarami | Maria Vega | 4082666289 | 43 | Drop Message | 4083763777 |
| 01-03-2016 19:22:45 | amir shahkarami | Maria Vega | 4082666289 | 39 | Drop Message | 4083763777 |
| 06-15-2018 23:30:38 | Jide | Bob Reed | 4082666659 | 33 | Drop Message | 6502040538 |
| 12-22-2015 00:43:29 | amir shahkarami | James Sparaco | 4082668309 | 46 | Drop Message | 4083763777 |
| 12-02-2015 23:46:47 | amir shahkarami | Ms Augustina Matsui | 4082668919 | 44 | Drop Message | 4083763777 |
| 12-22-2015 00:26:26 | amir shahkarami | Yamaji Craig | 4082671856 | 42 | Drop Message | 4083763777 |
| 01-03-2017 18:43:47 | Dominic Nicoli | Sam | 4082678360 | 57 | Drop Message | 4088923122 |
| 03-08-2017 18:00:18 | Dominic Nicoli | Sam | 4082678360 | 47 | Drop Message | 4088923122 |
| 01-15-2018 17:58:19 | Jason Traina | Sam Adam | 4082678360 | 47 | Drop Message | 4087214880 |
| 01-04-2017 00:48:05 | Samuel Spinella | JULIET ADAM | 4082678360 | 57 | Drop Message | 4084265488 |
| 05-24-2018 22:13:12 | EDDIE OBEROI | Christina Ott | 4082682668 | 71 | Drop Message | 4087079997 |
| 04-18-2019 01:56:39 | STEVE NAIR | Christina Ott | 4082682668 | 44 | Drop Message | 4082102063 |
| 08-05-2016 20:42:23 | Samuel Spinella | DANIELL OTT | 4082682668 | 39 | Drop Message | 4084265488 |
| 01-18-2018 18:34:48 | Jason Traina | Ben Leone | 4082687317 | 47 | Drop Message | 4087214880 |
| 12-14-2016 18:24:47 | Dominic Nicoli | Ben | 4082687317 | 77 | Drop Message | 4088923122 |
| 12-02-2015 23:32:31 | amir shahkarami | Prashant Jain | 4082693054 | 40 | Drop Message | 4083763777 |
| 12-02-2015 23:28:52 | amir shahkarami | Carl Evans | 4082694253 | 54 | Drop Message | 4083763777 |
| 01-11-2018 02:12:29 | Jason Traina | Tan Dang | 4082702842 | 36 | Drop Message | 4087214880 |
| 01-04-2016 00:53:05 | amir shahkarami | Javier Ramirez | 4082722701 | 17 | Drop Message | 4083763777 |
| 01-26-2016 18:08:15 | amir shahkarami | Javier Ramirez | 4082722701 | 46 | Drop Message | 4083763777 |
| 06-26-2018 19:13:12 | Jason Traina | A Norbeck | 4082728229 | 46 | Drop Message | 4084933713 |
| 02-15-2016 22:08:52 | amir shahkarami | ROBERT LUNDQUIST | 4082759082 | 47 | Drop Message | 4083763777 |
| 11-29-2019 22:20:41 | Sophie | Anita L Roman Miguel E Roman | 4082811810 | 37 | Drop Message | 4083380842 |
| 04-20-2017 21:12:29 | William H. Harrigan | Obrien,Daniel Etal | 4082821500 | 112 | Drop Message | 4088288249 |
| 02-15-2016 22:26:24 | amir shahkarami | FRANCES MORENO | 4082839011 | 39 | Drop Message | 4083763777 |
| 02-15-2016 23:07:47 | amir shahkarami | PETER HAUNSCHILD | 4082910361 | 43 | Drop Message | 4083763777 |
| 02-15-2016 23:16:29 | amir shahkarami | DOMINGO LOPEZ | 4082930617 | 52 | Drop Message | 4083763777 |
| 02-15-2016 23:19:15 | amir shahkarami | LOREN THORNTON | 4082939205 | 40 | Drop Message | 4083763777 |
| 07-22-2016 18:37:10 | Samuel Spinella | NUPUR KEJRIWAL | 4082951956 | 77 | Drop Message | 4084265488 |
| 02-16-2016 01:35:14 | amir shahkarami | GIL BETTANCOURT | 4082971066 | 45 | Drop Message | 4083763777 |
| 06-08-2017 21:28:31 | William H. Harrigan | Schneebeli,Kenneth R Trust | 4082981616 | 44 | Drop Message | 4088288249 |
| 02-16-2016 01:41:17 | amir shahkarami | MANUEL BETTENCOURT | 4082983869 | 56 | Drop Message | 4083763777 |
| 01-04-2016 00:40:58 | amir shahkarami | Tony Tran | 4083071853 | 47 | Drop Message | 4083763777 |
| 09-27-2019 15:26:38 | Michael Todd | Carole Bonsall | 4083168248 | 36 | Drop Message | 4083078126 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 03-22-2018 00:57:30 | Jason Traina | Robert Mosley | 4083231906 | 15 | Drop Message | 4084828885 |
| 12-09-2016 16:54:17 | Dominic Nicoli | Young | 4083561686 | 63 | Drop Message | 4088923122 |
| 12-10-2016 21:54:10 | Samuel Spinella | TAE KIM | 4083561686 | 55 | Drop Message | 4084265488 |
| 01-26-2018 21:25:58 | Jess Delhonte | Byong Nowatzki | 4083706592 | 79 | Drop Message | 4083575773 |
| 02-09-2018 01:41:41 | Jason Traina | Richard A Nowatzki | 4083706592 | 30 | Drop Message | 4083066581 |
| 02-07-2018 20:42:40 | Jess Delhonte | David Miyakawa | 4083709006 | 83 | Drop Message | 4083575773 |
| 10-25-2016 16:23:42 | Samuel Spinella | STEVEN SILVA | 4083763769 | 47 | Drop Message | 4084265488 |
| 01-03-2016 19:32:02 | amir shahkarami | Aubrey Brown | 4083777585 | 22 | Drop Message | 4083763777 |
| 01-20-2016 21:41:57 | amir shahkarami | Aubrey Brown | 4083777585 | 43 | Drop Message | 4083763777 |
| 09-27-2019 15:54:24 | Dominic Nicoli | Tony Vu | 4083865600 | 45 | Drop Message | 4088923122 |
| 11-29-2019 22:49:21 | Sophie | Kevin Wong | 4083900118 | 32 | Drop Message | 4083380842 |
| 01-08-2020 23:55:48 | Sophie | DANIELL OTT | 4083917038 | 30 | Drop Message | 4083380842 |
| 12-24-2019 00:04:35 | Sophie | Stephanie Wronek John J Hornbrook | 4083932067 | 51 | Drop Message | 4083380842 |
| 12-03-2019 21:00:45 | Sophie | Stephanie Wronek John J Hornbrook | 4083932067 | 43 | Drop Message | 4083380842 |
| 12-20-2019 00:06:18 | Sophie | Stephanie Wronek John J Hornbrook | 4083932067 | 42 | Drop Message | 4083380842 |
| 12-28-2019 00:26:58 | Sophie | Stephanie Wronek John J Hornbrook | 4083932067 | 52 | Drop Message | 4083380842 |
| 01-07-2020 23:17:57 | Sophie | Stephanie Wronek John J Hornbrook | 4083932067 | 42 | Drop Message | 4083380842 |
| 12-13-2019 00:56:14 | Sophie | Stephanie Wronek John J Hornbrook | 4083932067 | 42 | Drop Message | 4083380842 |
| 12-27-2019 00:17:58 | Sophie | Michael G Kaminski | 4083943100 | 45 | Drop Message | 4083380842 |
| 12-24-2019 00:28:39 | Sophie | Michael G Kaminski | 4083943100 | 40 | Drop Message | 4083380842 |
| 12-20-2019 00:28:28 | Sophie | Michael G Kaminski | 4083943100 | 31 | Drop Message | 4083380842 |
| 01-07-2020 23:37:14 | Sophie | Michael G Kaminski | 4083943100 | 31 | Drop Message | 4083380842 |
| 04-24-2018 15:22:37 | EDDIE OBEROI | Thien Bui | 4083956965 | 54 | Drop Message | 4087079997 |
| 05-17-2018 17:05:44 | EDDIE OBEROI | Thien Bui | 4083956965 | 49 | Drop Message | 4087079997 |
| 02-13-2016 18:48:06 | amir shahkarami | Orville Jugarap | 4084062805 | 46 | Drop Message | 4083763777 |
| 11-30-2016 19:03:51 | Dominic Nicoli | Maria | 4084069655 | 56 | Drop Message | 4088923122 |
| 05-22-2018 22:35:36 | EDDIE OBEROI | Maria Castro | 4084069655 | 27 | Drop Message | 4087079997 |
| 11-04-2016 15:52:27 | Samuel Spinella | MARIA CASTRO | 4084069655 | 52 | Drop Message | 4084265488 |
| 12-23-2019 23:39:37 | Sophie | Eileen Chang | 4084254908 | 41 | Drop Message | 4083380842 |
| 12-26-2019 23:31:28 | Sophie | Eileen Chang | 4084254908 | 42 | Drop Message | 4083380842 |
| 01-04-2020 03:24:15 | Sophie | Eileen Chang | 4084254908 | 28 | Drop Message | 4083380842 |
| 09-29-2016 16:37:03 | Samuel Spinella | ANAMUL HAQUE | 4084319540 | 48 | Drop Message | 4084265488 |
| 12-02-2015 23:34:05 | amir shahkarami | Jose Capili | 4084480315 | 40 | Drop Message | 4083763777 |
| 12-01-2015 02:05:24 | amir shahkarami | Martha Kyriazis | 4084483243 | 31 | Drop Message | 4083763777 |
| 01-26-2016 18:09:16 | amir shahkarami | Martha Kyriazis | 4084483243 | 45 | Drop Message | 4083763777 |

| 01-10-2020 00:45:04 | Sophie | CHANDRA SHAH | 4084604009 | 40 | Drop Message | 4083380842 |
|---|---|---|---|---|---|---|
| 11-04-2015 21:00:37 | amir shahkarami | Rusksana Cochinwala | 4084643420 | 69 | Drop Message | 4083763777 |
| 01-05-2016 17:52:31 | amir shahkarami | Helena Vu | 4084646262 | 43 | Drop Message | 4083763777 |
| 02-13-2016 19:05:45 | amir shahkarami | Helena Vu | 4084646262 | 32 | Drop Message | 4083763777 |
| 12-14-2016 17:28:01 | Dominic Nicoli | Helena | 4084646262 | 59 | Drop Message | 4088923122 |
| 01-24-2018 18:57:05 | Jason Traina | Helena Vu | 4084646262 | 46 | Drop Message | 4087214880 |
| 09-24-2016 23:09:48 | Samuel Spinella | ALLAN BE | 4084646262 | 62 | Drop Message | 4084265488 |
| 12-28-2019 00:32:05 | Sophie | Debbie H Sakamoto | 4084648446 | 25 | Drop Message | 4083380842 |
| 12-24-2019 00:10:49 | Sophie | Debbie H Sakamoto | 4084648446 | 23 | Drop Message | 4083380842 |
| 12-18-2019 02:14:16 | Sophie | Debbie H Sakamoto | 4084648446 | 24 | Drop Message | 4083380842 |
| 01-07-2020 23:23:13 | Sophie | Debbie H Sakamoto | 4084648446 | 26 | Drop Message | 4083380842 |
| 12-13-2019 01:08:59 | Sophie | Debbie H Sakamoto | 4084648446 | 24 | Drop Message | 4083380842 |
| 12-27-2019 00:00:19 | Sophie | Debbie H Sakamoto | 4084648446 | 23 | Drop Message | 4083380842 |
| 12-20-2019 00:12:34 | Sophie | Debbie H Sakamoto | 4084648446 | 23 | Drop Message | 4083380842 |
| 10-27-2016 15:38:02 | Samuel Spinella | KIM CARDIA | 4084692761 | 48 | Drop Message | 4084265488 |
| 06-23-2017 17:34:53 | Sophie | KIM CARDIA | 4084692761 | 46 | Drop Message | 4083380842 |
| 08-05-2016 20:45:06 | Samuel Spinella | ANNE ZINGALE | 4084772905 | 61 | Drop Message | 4084265488 |
| 12-23-2019 23:01:11 | Sophie | James S Park Helen B Lee | 4084991957 | 23 | Drop Message | 4083380842 |
| 12-28-2019 01:34:50 | Sophie | James S Park Helen B Lee | 4084991957 | 24 | Drop Message | 4083380842 |
| 12-12-2019 23:33:13 | Sophie | James S Park Helen B Lee | 4084991957 | 24 | Drop Message | 4083380842 |
| 01-07-2020 23:10:55 | Sophie | James S Park Helen B Lee | 4084991957 | 29 | Drop Message | 4083380842 |
| 12-26-2019 22:58:29 | Sophie | James S Park Helen B Lee | 4084991957 | 24 | Drop Message | 4083380842 |
| 12-19-2019 22:55:04 | Sophie | James S Park Helen B Lee | 4084991957 | 26 | Drop Message | 4083380842 |
| 12-18-2019 01:19:22 | Sophie | James S Park Helen B Lee | 4084991957 | 22 | Drop Message | 4083380842 |
| 12-17-2019 00:03:53 | Sophie | James S Park Helen B Lee | 4084991957 | 24 | Drop Message | 4083380842 |
| 12-02-2019 23:08:52 | Sophie | James S Park Helen B Lee | 4084991957 | 24 | Drop Message | 4083380842 |
| 12-03-2019 20:42:58 | Sophie | James S Park Helen B Lee | 4084991957 | 23 | Drop Message | 4083380842 |
| 01-04-2020 02:40:03 | Sophie | Kevin Wong | 4085073481 | 36 | Drop Message | 4083380842 |
| 12-23-2019 22:49:39 | Sophie | Kevin Wong | 4085073481 | 42 | Drop Message | 4083380842 |
| 12-28-2019 01:23:25 | Sophie | Kevin Wong | 4085073481 | 41 | Drop Message | 4083380842 |
| 11-29-2019 23:44:13 | Sophie | Kevin Wong | 4085073481 | 32 | Drop Message | 4083380842 |
| 11-29-2019 22:50:56 | Sophie | Kevin Wong | 4085073481 | 31 | Drop Message | 4083380842 |
| 12-04-2019 22:58:40 | Sophie | Kevin Wong | 4085073481 | 32 | Drop Message | 4083380842 |
| 12-12-2019 23:29:20 | Sophie | Kevin Wong | 4085073481 | 37 | Drop Message | 4083380842 |
| 11-27-2019 17:59:20 | Sophie | Kevin Wong | 4085073481 | 42 | Drop Message | 4083380842 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 01-07-2020 23:01:54 | Sophie | Kevin Wong | 4085073481 | 32 | Drop Message | 4083380842 |
| 12-26-2019 22:46:12 | Sophie | Kevin Wong | 4085073481 | 42 | Drop Message | 4083380842 |
| 12-19-2019 22:43:04 | Sophie | Kevin Wong | 4085073481 | 37 | Drop Message | 4083380842 |
| 12-21-2019 00:30:34 | Sophie | Kevin Wong | 4085073481 | 32 | Drop Message | 4083380842 |
| 11-02-2016 02:33:48 | Samuel Spinella | GILDA TAYO | 4085152959 | 49 | Drop Message | 4084265488 |
| 11-11-2016 01:34:13 | Samuel Spinella | GILDA TAYO | 4085152959 | 44 | Drop Message | 4084265488 |
| 01-20-2016 21:30:07 | amir shahkarami | Tan Nguyen | 4085281338 | 38 | Drop Message | 4083763777 |
| 02-13-2016 18:48:46 | amir shahkarami | Tan Nguyen | 4085281338 | 41 | Drop Message | 4083763777 |
| 02-13-2016 19:02:18 | amir shahkarami | Tan Nguyen | 4085281338 | 41 | Drop Message | 4083763777 |
| 01-26-2016 17:58:39 | amir shahkarami | Antonio Becerra | 4085286357 | 31 | Drop Message | 4083763777 |
| 05-31-2018 17:53:42 | Shawn Jones | Le Nhien Hong | 4085287600 | 71 | Drop Message | 6502189538 |
| 05-16-2018 16:23:12 | Shawn Jones | Le Nhien Hong | 4085287600 | 24 | Drop Message | 6502189538 |
| 01-09-2020 23:52:21 | Sophie | NHIEN HONG | 4085287600 | 29 | Drop Message | 4083380842 |
| 01-22-2016 23:35:10 | amir shahkarami | PHAM NGUYEN | 4085786024 | 49 | Drop Message | 4083763777 |
| 01-02-2016 21:09:14 | amir shahkarami | Gagandeep Aggarwal | 4085806531 | 38 | Drop Message | 4083763777 |
| 12-04-2019 01:22:18 | Sophie | Chirag Bhalgami | 4085949260 | 39 | Drop Message | 4083380842 |
| 12-18-2019 02:16:00 | Sophie | Chirag Bhalgami | 4085949260 | 36 | Drop Message | 4083380842 |
| 12-13-2019 01:09:46 | Sophie | Chirag Bhalgami | 4085949260 | 47 | Drop Message | 4083380842 |
| 01-24-2016 23:16:31 | amir shahkarami | J Moreno | 4086052246 | 33 | Drop Message | 4083763777 |
| 01-03-2016 23:35:19 | amir shahkarami | J Moreno | 4086052246 | 35 | Drop Message | 4083763777 |
| 04-30-2019 20:01:53 | STEVE NAIR | J Moreno | 4086052246 | 54 | Drop Message | 4082102063 |
| 08-01-2016 15:10:23 | Samuel Spinella | MARY KHACHI | 4086134898 | 44 | Drop Message | 4084265488 |
| 12-26-2019 23:04:25 | Sophie | Sarvesh Mathur Malvika Mathur | 4086159613 | 42 | Drop Message | 4083380842 |
| 01-07-2020 22:14:49 | Sophie | Sarvesh Mathur Malvika Mathur | 4086159613 | 44 | Drop Message | 4083380842 |
| 12-28-2019 02:02:26 | Sophie | Sarvesh Mathur Malvika Mathur | 4086159613 | 45 | Drop Message | 4083380842 |
| 12-21-2019 00:43:46 | Sophie | Sarvesh Mathur Malvika Mathur | 4086159613 | 33 | Drop Message | 4083380842 |
| 12-23-2019 23:09:28 | Sophie | Sarvesh Mathur Malvika Mathur | 4086159613 | 43 | Drop Message | 4083380842 |
| 12-21-2019 01:29:16 | Sophie | Sarvesh Mathur Malvika Mathur | 4086159613 | 44 | Drop Message | 4083380842 |
| 01-04-2020 03:03:12 | Sophie | Sarvesh Mathur Malvika Mathur | 4086159613 | 33 | Drop Message | 4083380842 |
| 12-19-2019 23:04:37 | Sophie | Sarvesh Mathur Malvika Mathur | 4086159613 | 34 | Drop Message | 4083380842 |
| 01-25-2016 22:07:32 | amir shahkarami | ANDREW RAMOS | 4086201265 | 36 | Drop Message | 4083763777 |
| 01-05-2016 01:19:27 | amir shahkarami | Laurence Wagner | 4086219819 | 45 | Drop Message | 4083763777 |
| 03-22-2018 17:01:29 | Jason Traina | Damon L James | 4086226189 | 46 | Drop Message | 4084598881 |
| 06-15-2018 23:30:39 | Jide | Damon L James | 4086226189 | 43 | Drop Message | 6502040538 |
| 02-05-2016 00:09:54 | amir shahkarami | DAMON JAMES | 4086226189 | 16 | Drop Message | 4083763777 |

| 04-18-2019 18:32:28 | STEVE NAIR | Syed Hassan | 4086228282 | 45 | Drop Message | 4082102063 |
|---|---|---|---|---|---|---|
| 04-29-2019 16:13:44 | STEVE NAIR | Syed Hassan | 4086228282 | 49 | Drop Message | 4082102063 |
| 05-30-2018 20:54:15 | EDDIE OBEROI | Syed Hassan | 4086228282 | 33 | Drop Message | 4087079997 |
| 04-19-2019 22:01:38 | STEVE NAIR | J Moreno | 4086269997 | 22 | Drop Message | 4082102063 |
| 04-30-2019 19:56:54 | STEVE NAIR | J Moreno | 4086269997 | 21 | Drop Message | 4082102063 |
| 01-03-2016 23:37:39 | amir shahkarami | J Moreno | 4086269997 | 41 | Drop Message | 4083763777 |
| 02-15-2017 18:05:00 | Dominic Nicoli | Hector | 4086269997 | 22 | Drop Message | 4088923122 |
| 04-23-2019 17:00:37 | STEVE NAIR | Alok Wadhwa | 4086551822 | 48 | Drop Message | 4082102063 |
| 12-06-2016 16:10:21 | Samuel Spinella | RONALD TATE | 4086560055 | 65 | Drop Message | 4084265488 |
| 12-19-2019 23:41:13 | Sophie | Adora Castaneda | 4086561264 | 31 | Drop Message | 4083380842 |
| 12-21-2019 01:56:26 | Sophie | Adora Castaneda | 4086561264 | 31 | Drop Message | 4083380842 |
| 12-21-2019 01:10:06 | Sophie | Adora Castaneda | 4086561264 | 34 | Drop Message | 4083380842 |
| 12-09-2019 23:11:13 | Sophie | Adora Castaneda | 4086561264 | 30 | Drop Message | 4083380842 |
| 12-17-2019 00:23:19 | Sophie | Adora Castaneda | 4086561264 | 37 | Drop Message | 4083380842 |
| 12-18-2019 23:01:44 | Sophie | Adora Castaneda | 4086561264 | 32 | Drop Message | 4083380842 |
| 12-23-2019 23:40:16 | Sophie | Adora Castaneda | 4086561264 | 44 | Drop Message | 4083380842 |
| 01-04-2020 03:25:09 | Sophie | Adora Castaneda | 4086561264 | 31 | Drop Message | 4083380842 |
| 12-26-2019 23:32:14 | Sophie | Adora Castaneda | 4086561264 | 41 | Drop Message | 4083380842 |
| 12-18-2019 00:53:12 | Sophie | Adora Castaneda | 4086561264 | 31 | Drop Message | 4083380842 |
| 10-09-2019 17:59:07 | Michael Todd | Erik Eeg | 4086565789 | 51 | Drop Message | 4083078126 |
| 12-14-2019 01:16:10 | Sophie | John Chang | 4086665507 | 40 | Drop Message | 4083380842 |
| 12-02-2015 23:50:13 | amir shahkarami | Rodrigo D Angel | 4086774118 | 48 | Drop Message | 4083763777 |
| 12-02-2015 23:53:04 | amir shahkarami | Abraham Rademacher | 4086798943 | 24 | Drop Message | 4083763777 |
| 05-08-2017 16:22:00 | Dominic Nicoli | Chunling | 4087128878 | 39 | Drop Message | 4088923122 |
| 11-29-2019 22:51:51 | Sophie | Kevin Wong | 4087181031 | 39 | Drop Message | 4083380842 |
| 12-22-2015 00:34:12 | amir shahkarami | Valeria Barbour | 4087231727 | 36 | Drop Message | 4083763777 |
| 12-02-2015 23:34:51 | amir shahkarami | Caroline Siy-Lim | 4087238703 | 42 | Drop Message | 4083763777 |
| 11-20-2015 23:13:31 | amir shahkarami | Cheickna Camara | 4087268197 | 45 | Drop Message | 4083763777 |
| 11-19-2015 01:00:36 | amir shahkarami | Cheickna Camara | 4087268197 | 46 | Drop Message | 4083763777 |
| 11-25-2015 18:42:57 | amir shahkarami | Cheickna Camara | 4087268197 | 49 | Drop Message | 4083763777 |
| 01-13-2018 17:39:20 | Jason Traina | Maria Moreno | 4087276704 | 29 | Drop Message | 4087214880 |
| 01-20-2018 19:29:06 | Jason Traina | Maria Moreno | 4087276704 | 17 | Drop Message | 4087214880 |
| 02-04-2016 02:27:56 | amir shahkarami | DAN CULMER | 4087298859 | 29 | Drop Message | 4083763777 |
| 01-23-2017 21:03:01 | Dominic Nicoli | Anthony Law | 4087335380 | 71 | Drop Message | 4088923122 |
| 02-12-2016 23:21:18 | amir shahkarami | Roy & Janet Clifton | 4087371818 | 40 | Drop Message | 4083763777 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 02-12-2016 00:48:02 | amir shahkarami | Roy & Janet Clifton | 4087371818 | 43 | Drop Message | 4083763777 |
| 02-13-2016 00:13:42 | amir shahkarami | Roy & Janet Clifton | 4087371818 | 41 | Drop Message | 4083763777 |
| 04-23-2019 16:57:49 | STEVE NAIR | Aaron Katz | 4087411008 | 60 | Drop Message | 4082102063 |
| 12-22-2015 00:44:06 | amir shahkarami | Huyen Diep | 4087428991 | 39 | Drop Message | 4083763777 |
| 01-17-2018 20:35:09 | Jess Delhonte | Samir Damouny | 4087610703 | 83 | Drop Message | 4083575773 |
| 01-25-2018 17:30:40 | Jason Traina | Annie Nim | 4087681858 | 83 | Drop Message | 4087214880 |
| 12-13-2019 23:43:33 | Sophie | Douglas V Follett Karen L Boon | 4087826910 | 30 | Drop Message | 4083380842 |
| 01-26-2016 17:59:42 | amir shahkarami | Candy Wong | 4087916046 | 114 | Drop Message | 4083763777 |
| 02-13-2016 18:55:55 | amir shahkarami | Archie Perez | 4088026701 | 43 | Drop Message | 4083763777 |
| 02-13-2016 19:07:00 | amir shahkarami | Archie Perez | 4088026701 | 44 | Drop Message | 4083763777 |
| 01-02-2016 20:53:00 | amir shahkarami | Archie Perez | 4088026701 | 45 | Drop Message | 4083763777 |
| 11-30-2019 00:01:17 | Sophie | Victor J Lobue Jr Rebecca M Lobue | 4088213300 | 30 | Drop Message | 4083380842 |
| 12-07-2019 00:51:02 | Sophie | Victor J Lobue Jr Rebecca M Lobue | 4088213300 | 31 | Drop Message | 4083380842 |
| 12-15-2019 02:19:56 | Sophie | Victor J Lobue Jr Rebecca M Lobue | 4088213300 | 36 | Drop Message | 4083380842 |
| 12-04-2019 23:12:06 | Sophie | Francisco Loera Baudelia Loera | 4088231365 | 40 | Drop Message | 4083380842 |
| 12-03-2019 20:39:05 | Sophie | Francisco Loera Baudelia Loera | 4088231365 | 40 | Drop Message | 4083380842 |
| 05-04-2017 15:53:33 | Dominic Nicoli | Kourosh | 4088235403 | 54 | Drop Message | 4088923122 |
| 05-01-2017 17:37:24 | Dominic Nicoli | David Nguyen | 4088300587 | 46 | Drop Message | 4088923122 |
| 04-30-2019 20:29:29 | STEVE NAIR | George Pardo | 4088328259 | 15 | Drop Message | 4082102063 |
| 04-20-2019 22:23:27 | STEVE NAIR | George Pardo | 4088328259 | 22 | Drop Message | 4082102063 |
| 04-24-2019 16:31:45 | STEVE NAIR | Gerald Zimmerer | 4088329309 | 80 | Drop Message | 4082102063 |
| 12-09-2016 16:55:41 | Dominic Nicoli | Young | 4088351721 | 61 | Drop Message | 4088923122 |
| 01-24-2019 17:35:30 | Chia Rodeski | Michael Bocian | 4088360030 | 37 | Drop Message | 4085089177 |
| 01-17-2018 19:39:48 | Jess Delhonte | Xiaojian Yang | 4088361460 | 81 | Drop Message | 4083575773 |
| 12-22-2015 00:31:39 | amir shahkarami | Sheila Taylor | 4088396255 | 27 | Drop Message | 4083763777 |
| 12-03-2019 20:36:12 | Sophie | Amarjit Singh Paramjit Kaur | 4088410797 | 31 | Drop Message | 4083380842 |
| 12-02-2019 23:00:49 | Sophie | Amarjit Singh Paramjit Kaur | 4088410797 | 33 | Drop Message | 4083380842 |
| 12-16-2019 23:59:31 | Sophie | Amarjit Singh Paramjit Kaur | 4088410797 | 38 | Drop Message | 4083380842 |
| 12-19-2019 22:51:49 | Sophie | Amarjit Singh Paramjit Kaur | 4088410797 | 34 | Drop Message | 4083380842 |
| 12-15-2019 00:29:25 | Sophie | Amarjit Singh Paramjit Kaur | 4088410797 | 32 | Drop Message | 4083380842 |
| 12-18-2019 01:16:28 | Sophie | Amarjit Singh Paramjit Kaur | 4088410797 | 32 | Drop Message | 4083380842 |
| 12-28-2019 01:31:49 | Sophie | Amarjit Singh Paramjit Kaur | 4088410797 | 42 | Drop Message | 4083380842 |
| 11-27-2019 18:07:44 | Sophie | Amarjit Singh Paramjit Kaur | 4088410797 | 47 | Drop Message | 4083380842 |
| 12-21-2019 00:05:22 | Sophie | Amarjit Singh Paramjit Kaur | 4088410797 | 31 | Drop Message | 4083380842 |
| 01-04-2020 02:51:34 | Sophie | Amarjit Singh Paramjit Kaur | 4088410797 | 36 | Drop Message | 4083380842 |

| 12-04-2019 23:09:07 | Sophie | Amarjit Singh Paramjit Kaur | 4088410797 | 34 | Drop Message | 4083380842 |
|---|---|---|---|---|---|---|
| 12-26-2019 22:55:21 | Sophie | Amarjit Singh Paramjit Kaur | 4088410797 | 41 | Drop Message | 4083380842 |
| 12-23-2019 22:58:22 | Sophie | Amarjit Singh Paramjit Kaur | 4088410797 | 41 | Drop Message | 4083380842 |
| 01-07-2020 23:09:02 | Sophie | Amarjit Singh Paramjit Kaur | 4088410797 | 32 | Drop Message | 4083380842 |
| 05-01-2019 19:34:15 | STEVE NAIR | Judy Yu | 4088571630 | 78 | Drop Message | 4082102063 |
| 12-19-2019 23:42:19 | Sophie | Judy Yu | 4088571635 | 21 | Drop Message | 4083380842 |
| 12-28-2019 02:28:41 | Sophie | Judy Yu | 4088571635 | 32 | Drop Message | 4083380842 |
| 12-26-2019 23:33:57 | Sophie | Judy Yu | 4088571635 | 33 | Drop Message | 4083380842 |
| 01-04-2020 03:26:40 | Sophie | Judy Yu | 4088571635 | 31 | Drop Message | 4083380842 |
| 01-07-2020 22:39:31 | Sophie | Judy Yu | 4088571635 | 32 | Drop Message | 4083380842 |
| 12-13-2019 23:04:41 | Sophie | Judy Yu | 4088571635 | 31 | Drop Message | 4083380842 |
| 12-21-2019 01:57:53 | Sophie | Judy Yu | 4088571635 | 25 | Drop Message | 4083380842 |
| 12-21-2019 01:11:35 | Sophie | Judy Yu | 4088571635 | 26 | Drop Message | 4083380842 |
| 12-18-2019 00:54:45 | Sophie | Judy Yu | 4088571635 | 30 | Drop Message | 4083380842 |
| 11-29-2019 22:20:57 | Sophie | Judy Yu | 4088571635 | 31 | Drop Message | 4083380842 |
| 04-23-2019 19:45:52 | STEVE NAIR | Yu Su | 4088651973 | 46 | Drop Message | 4082102063 |
| 01-04-2020 02:51:24 | Sophie | Alexander Zinoviev Svetlana Negrub | 4088864491 | 42 | Drop Message | 4083380842 |
| 01-07-2020 23:09:27 | Sophie | Alexander Zinoviev Svetlana Negrub | 4088864491 | 43 | Drop Message | 4083380842 |
| 12-15-2019 00:29:49 | Sophie | Alexander Zinoviev Svetlana Negrub | 4088864491 | 41 | Drop Message | 4083380842 |
| 12-17-2019 00:00:02 | Sophie | Alexander Zinoviev Svetlana Negrub | 4088864491 | 41 | Drop Message | 4083380842 |
| 11-29-2019 23:49:22 | Sophie | Alexander Zinoviev Svetlana Negrub | 4088864491 | 42 | Drop Message | 4083380842 |
| 12-28-2019 01:31:49 | Sophie | Alexander Zinoviev Svetlana Negrub | 4088864491 | 52 | Drop Message | 4083380842 |
| 04-19-2019 15:26:36 | STEVE NAIR | Joceline Bechwati | 4088886788 | 49 | Drop Message | 4082102063 |
| 11-05-2015 17:05:38 | amir shahkarami | Neva Gonzalez | 4088963112 | 72 | Drop Message | 4083763777 |
| 11-09-2015 00:47:24 | amir shahkarami | Neva Gonzalez | 4088963112 | 56 | Drop Message | 4083763777 |
| 01-04-2016 00:52:49 | amir shahkarami | Cheickna Camara | 4088967019 | 43 | Drop Message | 4083763777 |
| 01-04-2020 02:56:15 | Sophie | Saul R Flores Jacqueline L Flores | 4089102485 | 39 | Drop Message | 4083380842 |
| 12-04-2019 23:17:18 | Sophie | Saul R Flores Jacqueline L Flores | 4089102485 | 39 | Drop Message | 4083380842 |
| 12-19-2019 22:59:10 | Sophie | Saul R Flores Jacqueline L Flores | 4089102485 | 38 | Drop Message | 4083380842 |
| 12-18-2019 01:20:20 | Sophie | Saul R Flores Jacqueline L Flores | 4089102485 | 39 | Drop Message | 4083380842 |
| 01-07-2020 23:12:40 | Sophie | Saul R Flores Jacqueline L Flores | 4089102485 | 40 | Drop Message | 4083380842 |
| 12-02-2019 23:11:01 | Sophie | Saul R Flores Jacqueline L Flores | 4089102485 | 39 | Drop Message | 4083380842 |
| 12-23-2019 23:02:30 | Sophie | Saul R Flores Jacqueline L Flores | 4089102485 | 49 | Drop Message | 4083380842 |
| 12-03-2019 20:46:56 | Sophie | Saul R Flores Jacqueline L Flores | 4089102485 | 39 | Drop Message | 4083380842 |
| 12-17-2019 00:05:00 | Sophie | Saul R Flores Jacqueline L Flores | 4089102485 | 39 | Drop Message | 4083380842 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12-28-2019 01:36:24 | Sophie | Saul R Flores Jacqueline L Flores | 4089102485 | 48 | Drop Message | 4083380842 |
| 12-15-2019 00:36:21 | Sophie | Saul R Flores Jacqueline L Flores | 4089102485 | 38 | Drop Message | 4083380842 |
| 12-21-2019 00:06:50 | Sophie | Saul R Flores Jacqueline L Flores | 4089102485 | 38 | Drop Message | 4083380842 |
| 11-27-2019 18:12:26 | Sophie | Saul R Flores Jacqueline L Flores | 4089102485 | 41 | Drop Message | 4083380842 |
| 04-20-2019 20:45:41 | STEVE NAIR | Bei Jia | 4089140056 | 56 | Drop Message | 4082102063 |
| 04-30-2019 20:22:57 | STEVE NAIR | Bei Jia | 4089140056 | 65 | Drop Message | 4082102063 |
| 01-24-2016 23:20:11 | amir shahkarami | Bei Jia | 4089140056 | 41 | Drop Message | 4083763777 |
| 01-03-2016 23:37:32 | amir shahkarami | Bei Jia | 4089140056 | 41 | Drop Message | 4083763777 |
| 11-01-2015 19:50:03 | amir shahkarami | Bei Jia | 4089140056 | 57 | Drop Message | 4083763777 |
| 11-12-2015 18:50:18 | amir shahkarami | Bei Jia | 4089140056 | 57 | Drop Message | 4083763777 |
| 11-04-2015 21:01:35 | amir shahkarami | Bei Jia | 4089140056 | 56 | Drop Message | 4083763777 |
| 11-09-2015 00:38:56 | amir shahkarami | Bei Jia | 4089140056 | 56 | Drop Message | 4083763777 |
| 11-25-2015 18:28:25 | amir shahkarami | Bei Jia | 4089140056 | 53 | Drop Message | 4083763777 |
| 05-15-2018 19:30:09 | Shawn Jones | Cardoso,Humberto S & Maria L Tr | 4089269519 | 46 | Drop Message | 6502189538 |
| 04-21-2019 20:52:24 | STEVE NAIR | Albert Fenn | 4089304095 | 48 | Drop Message | 4082102063 |
| 12-22-2015 00:40:25 | amir shahkarami | Ms Zorka Blair | 4089784890 | 29 | Drop Message | 4083763777 |
| 12-02-2015 23:49:19 | amir shahkarami | Hoang-Hoanh La | 4089787020 | 57 | Drop Message | 4083763777 |
| 12-22-2015 00:25:39 | amir shahkarami | Mr Abdul M Ahmed | 4089790765 | 42 | Drop Message | 4083763777 |
| 10-14-2019 18:31:45 | Dominic Nicoli | Jason Hemphill | 4089812470 | 42 | Drop Message | 4088923122 |
| 10-10-2018 23:43:30 | Jason Traina | Susan Jamison | 4089814863 | 46 | Drop Message | 4082182633 |
| 04-29-2019 20:47:59 | STEVE NAIR | No Name | 4089854370 | 48 | Drop Message | 4082102063 |
| 06-04-2018 19:38:06 | EDDIE OBEROI | No Name | 4089854370 | 47 | Drop Message | 6509354823 |
| 07-04-2018 19:19:17 | Jennifer Yi | Virginia F Gonzalez | 4089857291 | 49 | Drop Message | 4085977572 |
| 05-29-2018 19:38:27 | Shawn Jones | Gonzalez,Alfred E & Virginia F Tr | 4089857291 | 57 | Drop Message | 6502189538 |
| 06-08-2018 20:35:32 | Shawn Jones | Gonzalez,Alfred E & Virginia F Tr | 4089857291 | 58 | Drop Message | 6502189538 |
| 05-23-2018 19:11:43 | Shawn Jones | Gonzalez,Alfred E & Virginia F Tr | 4089857291 | 57 | Drop Message | 6502189538 |
| 06-02-2018 16:39:25 | Shawn Jones | Gonzalez,Alfred E & Virginia F Tr | 4089857291 | 59 | Drop Message | 6502189538 |
| 04-17-2017 15:57:43 | Dominic Nicoli | Michael | 4089939139 | 25 | Drop Message | 4088923122 |
| 12-17-2019 01:37:02 | Sophie | Johny Y George | 4089976848 | 38 | Drop Message | 4083380842 |
| 11-01-2015 20:32:19 | amir shahkarami | Dolores Palomo | 4152692101 | 57 | Drop Message | 4083763777 |
| 11-04-2015 21:03:33 | amir shahkarami | Dolores Palomo | 4152692101 | 20 | Drop Message | 4083763777 |
| 11-05-2015 16:58:11 | amir shahkarami | Dolores Palomo | 4152692101 | 57 | Drop Message | 4083763777 |
| 12-03-2016 18:23:07 | Samuel Spinella | THANH TRANG | 4155703637 | 35 | Drop Message | 4084265488 |
| 04-11-2017 20:14:34 | William H. Harrigan | Cadiz,Antonio & Ester Tr | 4155840594 | 38 | Drop Message | 4088288249 |
| 12-21-2019 01:52:21 | Sophie | Jeffrey C Talkington Sarah L Terry | 4156377142 | 41 | Drop Message | 4083380842 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12-23-2019 23:35:37 | Sophie | Jeffrey C Talkington Sarah L Terry | 4156377142 | 53 | Drop Message | 4083380842 |
| 01-07-2020 22:33:23 | Sophie | Jeffrey C Talkington Sarah L Terry | 4156377142 | 43 | Drop Message | 4083380842 |
| 05-01-2019 19:16:29 | STEVE NAIR | Jeffrey Talkington | 4156377142 | 58 | Drop Message | 4082102063 |
| 05-01-2019 19:18:43 | STEVE NAIR | Jeffrey Talkington | 4158261958 | 77 | Drop Message | 4082102063 |
| 08-24-2017 02:13:52 | Intero Team | Zobair Musa | 5102223805 | 44 | Drop Message | 9256951500 |
| 01-12-2018 19:05:29 | Jason Traina | Christopher Zapata | 5102471656 | 19 | Drop Message | 4087214880 |
| 06-26-2018 20:17:34 | STEVE NAIR | Lynn Fountain | 5102613261 | 47 | Drop Message | 4082102063 |
| 05-01-2019 19:32:56 | STEVE NAIR | Peter Yuan | 5102993669 | 71 | Drop Message | 4082102063 |
| 04-21-2019 20:54:15 | STEVE NAIR | Richard Johnson | 5102999052 | 57 | Drop Message | 4082102063 |
| 11-04-2015 21:07:36 | amir shahkarami | Richard Johnson | 5102999052 | 34 | Drop Message | 4083763777 |
| 11-20-2015 22:56:10 | amir shahkarami | Richard Johnson | 5102999052 | 30 | Drop Message | 4083763777 |
| 11-12-2015 18:56:05 | amir shahkarami | Richard Johnson | 5102999052 | 32 | Drop Message | 4083763777 |
| 11-05-2015 17:06:18 | amir shahkarami | Richard Johnson | 5102999052 | 41 | Drop Message | 4083763777 |
| 01-03-2016 23:38:07 | amir shahkarami | Richard Johnson | 5102999052 | 26 | Drop Message | 4083763777 |
| 01-24-2016 23:20:44 | amir shahkarami | Richard Johnson | 5102999052 | 25 | Drop Message | 4083763777 |
| 11-01-2015 20:36:42 | amir shahkarami | Richard Johnson | 5102999052 | 51 | Drop Message | 4083763777 |
| 06-04-2018 19:33:36 | EDDIE OBEROI | Joseph Kingdon | 5103141543 | 53 | Drop Message | 6509354823 |
| 11-24-2016 00:38:54 | Samuel Spinella | NICOLE CHAPPELLE | 5103266305 | 54 | Drop Message | 4084265488 |
| 01-08-2020 00:23:16 | Sophie | NICOLE CHAPPELLE | 5103266305 | 31 | Drop Message | 4083380842 |
| 04-10-2018 17:34:16 | Dominic Nicoli | Joe | 5103324635 | 55 | Drop Message | 4088923122 |
| 04-24-2019 15:28:25 | STEVE NAIR | Vitor Pereira | 5103333902 | 46 | Drop Message | 4082102063 |
| 01-20-2018 16:24:27 | Jason Traina | Stephane Lunati | 5103964581 | 21 | Drop Message | 4087214880 |
| 01-22-2018 16:11:40 | Jason Traina | Mir Ansary | 5104298827 | 56 | Drop Message | 4087214880 |
| 09-20-2016 01:12:24 | Samuel Spinella | CECIL WROTEN | 5104411646 | 50 | Drop Message | 4084265488 |
| 01-12-2018 17:13:36 | Jason Traina | Ronald Ramos | 5104871413 | 23 | Drop Message | 4087214880 |
| 10-11-2016 15:51:26 | Samuel Spinella | KATHLEEN KITTERMAN | 5104873717 | 62 | Drop Message | 4084265488 |
| 01-27-2018 18:13:35 | Jason Traina | Dana Torres | 5104903274 | 22 | Drop Message | 4087214880 |
| 01-27-2018 18:14:37 | Jason Traina | Dana Torres | 5104903274 | 22 | Drop Message | 4087214880 |
| 04-24-2018 19:44:13 | EDDIE OBEROI | Douglas Jones | 5105306448 | 35 | Drop Message | 4087079997 |
| 01-18-2018 19:01:18 | Jason Traina | Shwetha Alampalli | 5105732200 | 55 | Drop Message | 4087214880 |
| 01-25-2018 17:32:04 | Jason Traina | Annie Nim | 5106485471 | 34 | Drop Message | 4087214880 |
| 05-03-2017 22:45:27 | William H. Harrigan | Chin,Abby & Kevin | 5106576081 | 47 | Drop Message | 4088288249 |
| 03-07-2017 17:10:26 | Samuel Spinella | SRIKANTH VEJENDLA | 5108942893 | 24 | Drop Message | 4084265488 |
| 12-31-2019 02:54:29 | Sophie | SRIKANTH VEJENDLA | 5108942893 | 42 | Drop Message | 4083380842 |
| 01-03-2020 01:57:54 | Sophie | SRIKANTH VEJENDLA | 5108942893 | 33 | Drop Message | 4083380842 |

| 12-03-2019 00:39:37 | Sophie | Saleh M Alhuniti | 6502187343 | 43 | Drop Message | 4083380842 |
|---|---|---|---|---|---|---|
| 02-15-2017 18:55:18 | Dominic Nicoli | Stella | 6503211129 | 53 | Drop Message | 4088923122 |
| 02-12-2016 19:01:59 | amir shahkarami | Javier Andrade | 6503699617 | 45 | Drop Message | 4083763777 |
| 12-03-2015 22:40:19 | amir shahkarami | Javier Andrade | 6503699617 | 29 | Drop Message | 4083763777 |
| 01-19-2016 23:11:39 | amir shahkarami | RAJESH MENON | 6503861753 | 49 | Drop Message | 4083763777 |
| 06-11-2018 16:58:06 | EDDIE OBEROI | Greg Stroud | 6503876793 | 49 | Drop Message | 6509354823 |
| 01-26-2016 18:03:14 | amir shahkarami | Lois Chan | 6504551259 | 27 | Drop Message | 4083763777 |
| 12-17-2019 00:20:22 | Sophie | Jennifer Shemirani Klaudeen Shemirani | 6504684478 | 39 | Drop Message | 4083380842 |
| 04-24-2017 16:56:32 | Dominic Nicoli | Steven | 6505214546 | 48 | Drop Message | 4088923122 |
| 01-11-2018 16:20:21 | Jason Traina | No Name | 6505245670 | 29 | Drop Message | 4087214880 |
| 07-29-2016 16:42:51 | Samuel Spinella | E ANG | 6506317313 | 44 | Drop Message | 4084265488 |
| 04-30-2019 20:20:18 | STEVE NAIR | David Proctor | 6507143567 | 74 | Drop Message | 4082102063 |
| 04-20-2019 20:44:03 | STEVE NAIR | David Proctor | 6507143567 | 47 | Drop Message | 4082102063 |
| 04-24-2019 16:54:41 | STEVE NAIR | Wesley Alles | 6507987287 | 60 | Drop Message | 4082102063 |
| 07-14-2017 15:28:23 | Samuel Spinella | Lynn Chou | 6508158157 | 44 | Drop Message | 4084265488 |
| 07-17-2017 16:19:20 | Samuel Spinella | Lynn Chou | 6508158157 | 40 | Drop Message | 4084265488 |
| 07-01-2017 15:44:29 | Samuel Spinella | Lynn Chou | 6508158157 | 35 | Drop Message | 4084265488 |
| 08-01-2017 16:32:59 | Sophie | Lynn Chou | 6508158157 | 54 | Drop Message | 4083380842 |
| 12-20-2019 00:19:21 | Sophie | Shahjada G Ahmed | 6508563263 | 66 | Drop Message | 4083380842 |
| 12-27-2019 00:07:44 | Sophie | Shahjada G Ahmed | 6508563263 | 81 | Drop Message | 4083380842 |
| 12-15-2019 01:21:11 | Sophie | Shahjada G Ahmed | 6508563263 | 66 | Drop Message | 4083380842 |
| 12-19-2019 00:44:01 | Sophie | Ronny Bar Gadda | 6509491003 | 33 | Drop Message | 4083380842 |
| 01-06-2017 23:39:11 | Samuel Spinella | CHANDLER FLICKINGER | 7605866964 | 35 | Drop Message | 4084265488 |
| 11-25-2015 18:43:34 | amir shahkarami | Mundo Del | 8185192109 | 34 | Drop Message | 4083763777 |
| 11-13-2015 22:32:58 | amir shahkarami | Mundo Del | 8185192109 | 52 | Drop Message | 4083763777 |
| 10-30-2015 15:25:36 | amir shahkarami | Mundo Del | 8185192109 | 51 | Drop Message | 4083763777 |
| 11-29-2019 23:39:05 | Sophie | Julie A Dal Porto | 8186016697 | 39 | Drop Message | 4083380842 |
| 12-16-2019 23:48:35 | Sophie | Julie A Dal Porto | 8186016697 | 43 | Drop Message | 4083380842 |
| 12-21-2019 00:22:56 | Sophie | Julie A Dal Porto | 8186016697 | 39 | Drop Message | 4083380842 |
| 12-18-2019 00:16:30 | Sophie | Julie A Dal Porto | 8186016697 | 39 | Drop Message | 4083380842 |
| 12-28-2019 01:19:51 | Sophie | Julie A Dal Porto | 8186016697 | 49 | Drop Message | 4083380842 |
| 12-23-2019 22:45:18 | Sophie | Julie A Dal Porto | 8186016697 | 50 | Drop Message | 4083380842 |
| 12-19-2019 22:39:32 | Sophie | Julie A Dal Porto | 8186016697 | 41 | Drop Message | 4083380842 |
| 01-09-2020 23:37:44 | Sophie | Julie A Dal Porto | 8186016697 | 40 | Drop Message | 4083380842 |
| 01-04-2020 02:36:29 | Sophie | Julie A Dal Porto | 8186016697 | 39 | Drop Message | 4083380842 |

| 12-04-2019 22:49:50 | Sophie | Julie A Dal Porto | 8186016697 | 40 | Drop Message | 4083380842 |
|---|---|---|---|---|---|---|
| 12-13-2019 22:53:41 | Sophie | Julie A Dal Porto | 8186016697 | 39 | Drop Message | 4083380842 |
| 01-07-2020 22:57:51 | Sophie | Julie A Dal Porto | 8186016697 | 39 | Drop Message | 4083380842 |
| 12-03-2019 20:19:59 | Sophie | Julie A Dal Porto | 8186016697 | 40 | Drop Message | 4083380842 |
| 06-30-2017 16:22:38 | Samuel Spinella | Lori Liann Stoutenburg | 8189177914 | 39 | Drop Message | 4084265488 |
| 02-15-2017 17:15:47 | Dominic Nicoli | Martha | 8314648624 | 50 | Drop Message | 4088923122 |
| 07-13-2016 15:47:31 | Samuel Spinella | JOSEPH TRABERT | 8314771448 | 53 | Drop Message | 4084265488 |
| 01-02-2016 20:53:39 | amir shahkarami | Joseph Trabert | 8314771448 | 38 | Drop Message | 4083763777 |
| 01-05-2016 19:03:37 | amir shahkarami | Joseph Trabert | 8314771448 | 44 | Drop Message | 4083763777 |
| 02-13-2016 19:07:23 | amir shahkarami | Joseph Trabert | 8314771448 | 44 | Drop Message | 4083763777 |
| 02-13-2016 18:56:11 | amir shahkarami | Joseph Trabert | 8314771448 | 38 | Drop Message | 4083763777 |
| 06-30-2017 15:37:25 | Samuel Spinella | GILROY LLC | 8316261682 | 39 | Drop Message | 4084265488 |
| 06-03-2017 00:16:16 | Samuel Spinella | GILROY LLC | 8316261682 | 36 | Drop Message | 4084265488 |
| 06-04-2018 19:26:19 | EDDIE OBEROI | Nancy Koo | 8316569466 | 49 | Drop Message | 6509354823 |
| 12-19-2019 00:46:41 | Sophie | Frederick D Donson | 9092156141 | 28 | Drop Message | 4083380842 |
| 12-03-2019 00:36:46 | Sophie | David A Harris | 9099946792 | 50 | Drop Message | 4083380842 |
| 06-28-2017 17:06:41 | Samuel Spinella | NAGAPADMINI PAVULURI | 9138847922 | 36 | Drop Message | 4084265488 |
| 04-30-2019 20:56:38 | STEVE NAIR | Abigail Cosico | 9162135442 | 47 | Drop Message | 4082102063 |
| 06-01-2018 21:57:08 | EDDIE OBEROI | Abigail Cosico | 9162135442 | 47 | Drop Message | 6509354823 |
| 06-04-2018 19:27:49 | EDDIE OBEROI | Nancy Koo | 9254879829 | 57 | Drop Message | 6509354823 |
| 06-30-2017 15:29:28 | Samuel Spinella | AMRITA DHALIWAL | 9255190610 | 36 | Drop Message | 4084265488 |
| 05-30-2017 17:56:08 | Jason Traina | Heidi Harris | 9258467356 | 40 | Drop Message | 4088351861 |
| 01-24-2018 19:43:25 | Jason Traina | Flora Shair | 9259999500 | 20 | Drop Message | 4087214880 |
| 02-07-2018 18:33:28 | Jason Traina | Flora Shair | 9259999500 | 23 | Drop Message | 4087214880 |
| 01-20-2018 16:39:26 | Jason Traina | Flora Shair | 9259999500 | 40 | Drop Message | 4087214880 |
| 02-11-2017 18:58:27 | Dominic Nicoli | Anna | 9283394700 | 64 | Drop Message | 4088923122 |
| 06-07-2019 18:30:06 | William H. Harrigan | Village Green At Gilroy | 9492533121 | 121 | Drop Message | 4087104538 |

Exhibit P

```sql
--Duration value on 'Drop Message' records
select  try_convert(bigint,duration) Duration, count(*) Ct
from    [Intero].[MOJO-Intero 0000678 - 0000858_JSImport20200212_Distinct_Records]
where   [Call Result] = 'Drop Message'
group by try_convert(bigint,duration)
order by try_convert(bigint,duration)
```

Exhibit Q

| Duration | Ct |
|---|---|
| 0 | 34304 |
| 2 | 12 |
| 3 | 28 |
| 4 | 56 |
| 5 | 86 |
| 6 | 117 |
| 7 | 142 |
| 8 | 169 |
| 9 | 233 |
| 10 | 290 |
| 11 | 284 |
| 12 | 421 |
| 13 | 602 |
| 14 | 613 |
| 15 | 585 |
| 16 | 441 |
| 17 | 472 |
| 18 | 595 |
| 19 | 736 |
| 20 | 974 |
| 21 | 1147 |
| 22 | 1296 |
| 23 | 1487 |
| 24 | 1422 |
| 25 | 1397 |
| 26 | 1298 |
| 27 | 1418 |
| 28 | 1698 |
| 29 | 1927 |
| 30 | 2310 |
| 31 | 2685 |
| 32 | 2950 |
| 33 | 3439 |
| 34 | 4433 |
| 35 | 4718 |
| 36 | 4561 |
| 37 | 4774 |
| 38 | 4645 |
| 39 | 5142 |
| 40 | 5084 |
| 41 | 5063 |
| 42 | 5192 |
| 43 | 5017 |
| 44 | 4378 |
| 45 | 4201 |
| 46 | 3929 |

| | |
|---|---|
| 47 | 4011 |
| 48 | 3782 |
| 49 | 3214 |
| 50 | 2965 |
| 51 | 2634 |
| 52 | 2409 |
| 53 | 2500 |
| 54 | 2587 |
| 55 | 2327 |
| 56 | 2187 |
| 57 | 2163 |
| 58 | 2626 |
| 59 | 2909 |
| 60 | 2418 |
| 61 | 2137 |
| 62 | 1989 |
| 63 | 1830 |
| 64 | 1826 |
| 65 | 1822 |
| 66 | 1920 |
| 67 | 1545 |
| 68 | 1369 |
| 69 | 1374 |
| 70 | 1245 |
| 71 | 1131 |
| 72 | 962 |
| 73 | 912 |
| 74 | 800 |
| 75 | 836 |
| 76 | 744 |
| 77 | 689 |
| 78 | 813 |
| 79 | 981 |
| 80 | 1118 |
| 81 | 1045 |
| 82 | 924 |
| 83 | 877 |
| 84 | 872 |
| 85 | 957 |
| 86 | 915 |
| 87 | 798 |
| 88 | 579 |
| 89 | 499 |
| 90 | 472 |
| 91 | 398 |
| 92 | 301 |
| 93 | 303 |

| | |
|---|---|
| 94 | 265 |
| 95 | 248 |
| 96 | 246 |
| 97 | 250 |
| 98 | 206 |
| 99 | 219 |
| 100 | 153 |
| 101 | 153 |
| 102 | 140 |
| 103 | 120 |
| 104 | 104 |
| 105 | 110 |
| 106 | 94 |
| 107 | 72 |
| 108 | 69 |
| 109 | 54 |
| 110 | 49 |
| 111 | 40 |
| 112 | 38 |
| 113 | 36 |
| 114 | 36 |
| 115 | 36 |
| 116 | 29 |
| 117 | 34 |
| 118 | 28 |
| 119 | 31 |
| 120 | 26 |
| 121 | 28 |
| 122 | 26 |
| 123 | 13 |
| 124 | 14 |
| 125 | 24 |
| 126 | 20 |
| 127 | 19 |
| 128 | 19 |
| 129 | 16 |
| 130 | 17 |
| 131 | 10 |
| 132 | 7 |
| 133 | 11 |
| 134 | 9 |
| 135 | 16 |
| 136 | 13 |
| 137 | 17 |
| 138 | 13 |
| 139 | 11 |
| 140 | 14 |

| 141 | 10 |
| 142 | 10 |
| 143 | 11 |
| 144 | 5 |
| 145 | 9 |
| 146 | 5 |
| 147 | 7 |
| 148 | 4 |
| 149 | 7 |
| 150 | 10 |
| 151 | 4 |
| 152 | 4 |
| 153 | 10 |
| 154 | 11 |
| 155 | 9 |
| 156 | 4 |
| 157 | 3 |
| 158 | 7 |
| 159 | 4 |
| 160 | 8 |
| 161 | 7 |
| 162 | 6 |
| 163 | 4 |
| 164 | 4 |
| 165 | 3 |
| 166 | 7 |
| 167 | 7 |
| 168 | 9 |
| 169 | 2 |
| 170 | 7 |
| 171 | 7 |
| 172 | 4 |
| 173 | 4 |
| 174 | 4 |
| 175 | 3 |
| 176 | 4 |
| 177 | 3 |
| 178 | 2 |
| 179 | 4 |
| 180 | 1 |
| 181 | 1 |
| 182 | 5 |
| 183 | 2 |
| 184 | 4 |
| 185 | 8 |
| 186 | 3 |
| 187 | 6 |

| | |
|---|---|
| 188 | 5 |
| 189 | 2 |
| 190 | 3 |
| 191 | 1 |
| 192 | 3 |
| 193 | 7 |
| 194 | 3 |
| 195 | 2 |
| 196 | 8 |
| 197 | 6 |
| 198 | 6 |
| 199 | 3 |
| 200 | 5 |
| 201 | 2 |
| 202 | 5 |
| 203 | 1 |
| 204 | 2 |
| 205 | 3 |
| 206 | 1 |
| 207 | 1 |
| 208 | 1 |
| 209 | 2 |
| 210 | 2 |
| 211 | 3 |
| 212 | 2 |
| 213 | 3 |
| 214 | 5 |
| 215 | 2 |
| 216 | 3 |
| 217 | 4 |
| 218 | 2 |
| 219 | 3 |
| 220 | 2 |
| 221 | 2 |
| 222 | 3 |
| 223 | 2 |
| 224 | 2 |
| 225 | 3 |
| 226 | 1 |
| 227 | 7 |
| 229 | 1 |
| 230 | 6 |
| 231 | 4 |
| 232 | 3 |
| 233 | 1 |
| 234 | 5 |
| 235 | 1 |

| | |
|---|---|
| 236 | 5 |
| 237 | 2 |
| 239 | 4 |
| 240 | 3 |
| 242 | 1 |
| 243 | 2 |
| 244 | 1 |
| 245 | 2 |
| 246 | 2 |
| 247 | 4 |
| 248 | 1 |
| 249 | 1 |
| 250 | 2 |
| 251 | 2 |
| 254 | 1 |
| 255 | 1 |
| 257 | 1 |
| 258 | 3 |
| 259 | 1 |
| 260 | 2 |
| 261 | 3 |
| 262 | 2 |
| 263 | 6 |
| 265 | 2 |
| 266 | 2 |
| 267 | 3 |
| 269 | 2 |
| 270 | 4 |
| 272 | 1 |
| 273 | 1 |
| 275 | 3 |
| 276 | 4 |
| 277 | 1 |
| 279 | 4 |
| 281 | 3 |
| 282 | 2 |
| 284 | 4 |
| 285 | 3 |
| 286 | 3 |
| 287 | 2 |
| 288 | 1 |
| 289 | 1 |
| 292 | 6 |
| 293 | 3 |
| 294 | 2 |
| 295 | 1 |
| 297 | 1 |

| | |
|---|---|
| 298 | 1 |
| 299 | 3 |
| 302 | 2 |
| 304 | 2 |
| 305 | 1 |
| 306 | 1 |
| 308 | 2 |
| 309 | 2 |
| 310 | 1 |
| 311 | 1 |
| 312 | 1 |
| 313 | 1 |
| 315 | 2 |
| 316 | 1 |
| 317 | 1 |
| 320 | 1 |
| 324 | 2 |
| 325 | 1 |
| 327 | 2 |
| 328 | 2 |
| 329 | 2 |
| 330 | 1 |
| 332 | 2 |
| 334 | 1 |
| 338 | 1 |
| 340 | 3 |
| 342 | 1 |
| 343 | 1 |
| 345 | 1 |
| 347 | 2 |
| 349 | 1 |
| 352 | 2 |
| 353 | 2 |
| 354 | 1 |
| 355 | 3 |
| 357 | 1 |
| 358 | 2 |
| 359 | 1 |
| 360 | 1 |
| 362 | 2 |
| 365 | 1 |
| 370 | 1 |
| 372 | 1 |
| 374 | 1 |
| 375 | 1 |
| 376 | 1 |
| 378 | 1 |

| | |
|---|---|
| 379 | 1 |
| 383 | 2 |
| 384 | 1 |
| 385 | 1 |
| 390 | 1 |
| 393 | 1 |
| 394 | 1 |
| 396 | 1 |
| 397 | 1 |
| 398 | 1 |
| 400 | 2 |
| 401 | 1 |
| 402 | 1 |
| 403 | 1 |
| 406 | 2 |
| 410 | 3 |
| 411 | 1 |
| 412 | 1 |
| 413 | 1 |
| 420 | 2 |
| 422 | 1 |
| 424 | 1 |
| 427 | 2 |
| 428 | 2 |
| 429 | 1 |
| 431 | 1 |
| 435 | 1 |
| 437 | 1 |
| 438 | 1 |
| 440 | 1 |
| 446 | 1 |
| 448 | 1 |
| 452 | 1 |
| 458 | 2 |
| 460 | 1 |
| 466 | 1 |
| 468 | 1 |
| 469 | 1 |
| 473 | 1 |
| 474 | 1 |
| 475 | 2 |
| 478 | 1 |
| 480 | 1 |
| 481 | 2 |
| 483 | 1 |
| 484 | 1 |
| 485 | 2 |

| | |
|---|---|
| 488 | 2 |
| 489 | 2 |
| 496 | 2 |
| 499 | 2 |
| 502 | 1 |
| 504 | 2 |
| 505 | 2 |
| 508 | 1 |
| 509 | 1 |
| 510 | 1 |
| 512 | 1 |
| 514 | 1 |
| 515 | 1 |
| 517 | 1 |
| 519 | 1 |
| 521 | 1 |
| 525 | 1 |
| 531 | 1 |
| 532 | 1 |
| 538 | 1 |
| 540 | 1 |
| 545 | 1 |
| 555 | 1 |
| 563 | 1 |
| 572 | 1 |
| 618 | 1 |
| 619 | 1 |
| 624 | 1 |
| 637 | 1 |
| 643 | 1 |
| 646 | 1 |
| 650 | 2 |
| 655 | 1 |
| 663 | 1 |
| 758 | 1 |
| 926 | 1 |
| 972 | 1 |

Exhibit R

```sql
--Count of records matching Ms. Verkhovskaya's criteria for "Initial Valid, Non Zero" records
--3073656
select  count(*) Ct
from    [Intero].[MOJO-Intero 0000678 - 0000858_JSImport20200212_Distinct_Records] DIAL
where   (
            [Call Result] = 'Answering Machine'
            or TRY_CONVERT(bigint,[Duration]) > 0
        )
        and Try_Convert(Datetime,substring([Date],1,10)) >= Try_Convert(Datetime,'2014-09-13')
        and Datalength(DIAL.[Contact Phone]) = 10
        and DIAL.[Contact Phone] is NOT NULL
        and SUBSTRING(DIAL.[Contact Phone],1,1) between '2' and '9'
        and SUBSTRING(DIAL.[Contact Phone],2,1) between '0' and '9'
        and SUBSTRING(DIAL.[Contact Phone],3,1) between '0' and '9'
        and SUBSTRING(DIAL.[Contact Phone],4,1) between '0' and '9'
        and SUBSTRING(DIAL.[Contact Phone],5,1) between '0' and '9'
        and SUBSTRING(DIAL.[Contact Phone],6,1) between '0' and '9'
        and SUBSTRING(DIAL.[Contact Phone],7,1) between '0' and '9'
        and SUBSTRING(DIAL.[Contact Phone],8,1) between '0' and '9'
        and SUBSTRING(DIAL.[Contact Phone],9,1) between '0' and '9'
        and SUBSTRING(DIAL.[Contact Phone],10,1) between '0' and '9'

--Count of records matching Ms. Verkhovskaya's criteria for "Initial Valid, Non Zero" records with "Answering machine" and duration of zero
--556094
select  count(*) Ct
from    [Intero].[MOJO-Intero 0000678 - 0000858_JSImport20200212_Distinct_Records] DIAL
where   (
            [Call Result] = 'Answering Machine'
            and TRY_CONVERT(bigint,[Duration]) = 0
        )
        and Try_Convert(Datetime,substring([Date],1,10)) >= Try_Convert(Datetime,'2014-09-13')
        and Datalength(DIAL.[Contact Phone]) = 10
        and DIAL.[Contact Phone] is NOT NULL
        and SUBSTRING(DIAL.[Contact Phone],1,1) between '2' and '9'
        and SUBSTRING(DIAL.[Contact Phone],2,1) between '0' and '9'
        and SUBSTRING(DIAL.[Contact Phone],3,1) between '0' and '9'
        and SUBSTRING(DIAL.[Contact Phone],4,1) between '0' and '9'
        and SUBSTRING(DIAL.[Contact Phone],5,1) between '0' and '9'
        and SUBSTRING(DIAL.[Contact Phone],6,1) between '0' and '9'
        and SUBSTRING(DIAL.[Contact Phone],7,1) between '0' and '9'
        and SUBSTRING(DIAL.[Contact Phone],8,1) between '0' and '9'
        and SUBSTRING(DIAL.[Contact Phone],9,1) between '0' and '9'
        and SUBSTRING(DIAL.[Contact Phone],10,1) between '0' and '9'

--Count of records matching Ms. Verkhovskaya's criteria for "Initial Valid, Non Zero" records and called by "Corporate" Agents
--780090
select  count(*) Ct
from    [Intero].[MOJO-Intero 0000678 - 0000858_JSImport20200212_Distinct_Corp_Etc_Records]

--Count of records matching Ms. Verkhovskaya's criteria for "Initial Valid, Non Zero" records and called by "Corporate" Agents and duration of zero
--178967
```

```
52   select  count(*) Ct
53   from    [Intero].[MOJO-Intero 0000678 - 0000858_JSImport20200212_Distinct_Corp_Etc_Records]
54   where   [Call Result] = 'Answering Machine'
55
```