UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RONALD CHINITZ,

    Plaintiff,

v.

INTERO REAL ESTATE SERVICES,

    Defendant.

Case No. 18-cv-05623-BLF

**ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO FILE UNDER SEAL**

    Before the Court is Defendant Intero Real Estate Services's motion to file part of Exhibit B to the Supplemental Declaration of Craig L. Davis under seal. *See* Mot., ECF 166. Because Intero has not complied with this District's local rules regarding sealing motions, this motion is DENIED WITHOUT PREJUDICE.

    "Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'" *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 n.7 (1978)). Consequently, filings that are "more than tangentially related to the merits of a case" may be sealed only upon a showing of "compelling reasons" for sealing. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101-02 (9th Cir. 2016). Filings that are only tangentially related to the merits may be sealed upon a lesser showing of "good cause." *Id.* at 1097. Sealing motions filed in this district also must be "narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(d)." Civil L.R. 79-5(b). Under Civil Local Rule 79-5(d), the submitting party must attach a "proposed order that is narrowly tailored to seal only the sealable material" which "lists in table format each document or portion thereof that is sought to be sealed." In addition, a party moving to seal a document in whole or in part must file

a declaration establishing that the identified material is "sealable." Civ. L.R. 79-5(d)(1)(A). "Reference to a stipulation or protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable." *Id.*

Intero's proposed reason for sealing portions of Exhibit B is "Non-party LexisNexis marked the exhibit 'CONFIDENTIAL' pursuant to the Protective Order entered in this case." Mot. 3. Under this District's local rules, this is not sufficient justification. This motion is DENIED WITHOUT PREJUDICE. Any re-filed motion must conform to both the local rules and this Court's Standing Orders regarding sealing motions.

**IT IS SO ORDERED.**

Dated: March 18, 2021

BETH LABSON FREEMAN
United States District Judge