Sabita J. Soneji (State Bar No. 224262)
ssoneji@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808
Facsimile: (202) 973-0950

Hassan A. Zavareei (State Bar No. 181547)
hzavareei@tzlegal.com
Mark Clifford (*pro hac vice*)
mclifford@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1828 L Street, Northwest, Suite 1000
Washington, District of Columbia 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

Brian A. Glasser (*pro hac vice*)
bglasser@baileyglasser.com
John W. Barrett (*pro hac vice*)
jbarrett@baileyglasser.com
**BAILEY & GLASSER LLP**
209 Capitol Street
Charleston, West Virginia 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110

George V. Granade (State Bar No. 316050)
ggranade@reesellp.com
**REESE LLP**
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070
Facsimile: (212) 253-4272

Michael R. Reese (State Bar No. 206773)
mreese@reesellp.com
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

Charles D. Moore (*pro hac vice*)
cmoore@reesellp.com
**REESE LLP**
100 South 5th Street, Suite 1900
Minneapolis, Minnesota 55402
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

*Counsel for Plaintiffs Ruby Mitchell and
Edward J. Kelly and the Classes*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| RUBY MITCHELL *and* EDWARD J. KELLY, *individually, and on behalf of a class of similarly situated persons*,<br><br>Plaintiffs,<br><br>v.<br><br>INTERO REAL ESTATE SERVICES,<br><br>Defendant. | Case No. 5:18-cv-05623-BLF<br><br>**NOTICE OF HEARING ON PLAINTIFFS RUBY MITCHELL'S AND EDWARD J. KELLY'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND FOR CERTIFICATION OF SETTLEMENT CLASS**<br><br>Date: April 7, 2022<br>Time: 9:00 a.m.<br>Place: Courtroom 3, 5th Floor<br>Judge: Honorable Beth Labson Freeman |

<u>**NOTICE OF MOTION HEARING**</u>

**TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on April 7, 2022 at 9:00 a.m., or as soon thereafter as this matter may be heard, in Courtroom 3, 5th Floor, before the Honorable Beth Labson Freeman, Plaintiffs Ruby Mitchell and Edward J. Kelly (together, "Plaintiffs") respectfully will and hereby do move this Court for an order preliminarily approving the class action Settlement reached in this case; preliminarily certifying the Settlement Class; appointing Ruby Mitchell and Edward J. Kelly as the Class Representatives; appointing Tycko & Zavareei LLP, Reese LLP, and Bailey & Glasser LLP as Settlement Class Counsel; appointing KCC Class Action Services LLC as the Settlement Administrator and directing it to carry out the duties assigned to it in the Settlement Agreement; approving the proposed Notice Plan and directing that Class Notice be distributed to the Settlement Class; and scheduling a Final Approval Hearing.

Date: November 10, 2021

**TYCKO & ZAVAREEI LLP**

By: _/S/ Sabita J. Soneji_
Sabita J. Soneji (State Bar No. 224262)
*ssoneji@tzlegal.com*
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808
Facsimile: (202) 973-0950

**TYCKO & ZAVAREEI LLP**
Hassan A. Zavareei (State Bar No. 181547)
*hzavareei@tzlegal.com*
Mark Clifford (*pro hac vice*)
*mclifford@tzlegal.com*
1828 L Street, Northwest, Suite 1000
Washington, District of Columbia 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

**REESE LLP**
George V. Granade (State Bar No. 316050)
*ggranade@reesellp.com*
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070
Facsimile: (212) 253-4272

---

1

**REESE LLP**
Michael R. Reese (State Bar No. 206773)
*mreese@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

**REESE LLP**
Charles D. Moore (*pro hac vice*)
*cmoore@reesellp.com*
100 South 5th Street, Suite 1900
Minneapolis, Minnesota 55402
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

**BAILEY & GLASSER LLP**
Brian A. Glasser (*pro hac vice*)
*bglasser@baileyglasser.com*
John W. Barrett (*pro hac vice*)
*jbarrett@baileyglasser.com*
209 Capitol Street
Charleston, West Virginia 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110

*Counsel for Plaintiffs Ruby Mitchell and Edward J. Kelly and the Classes*