IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RUBY MITCHELL and EDWARD J KELLY, *individually, and on behalf of a class of similarly situated parties*, <br><br> Plaintiff, <br><br> vs. <br><br> INTERO REAL ESTATE SERVICES, <br><br> Defendant. | Case No. 5:18-CV-05623-BLF <br><br> **DECLARATION OF SETTLEMENT ADMINISTRATOR RE: CAFA NOTICE PROCEDURES** |

I, OMAR SILVA, declare and state as follows:

1.    I am a Project Manager with KCC Class Action Services, LLC ("KCC"), located at 462 S 4th street, Louisville, Kentucky. The purpose of this declaration is to provide information related to the CAFA Notification.

**CAFA NOTIFICATION**

2.    In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. Section

1

1715, KCC compiled a CD-ROM containing the following documents: 1.01 Class Action Complaint, First Amended Class Action Complaint, Declaration of Carla A. Peak, Declaration of Sabita J. Soneji, [Proposed] Order Granting Preliminary Approval of Class Action Settlement, Notice from Clerk Setting Hearing Date, Plaintiffs Ruby Mitchell's and Edward J. Kelly's Notice of Motion and Motion of Preliminary Approval of Class Action Settlement, Notice of Hearing on Plaintiffs Ruby Mitchell's and Edward J. Kelly's Motion for Preliminary Approval of Class Action Settlement, Claim Form, Postcard Notice, Email Notice, Long Form Notice, Goodbye Email Notice, Media Notice, Spanish Long Form Notice, [Executed] Settlement Agreement and Release, Class Breakdown by State, and a cover letter (collectively, the "CAFA Notice Packet"). A copy of the cover letter is attached hereto as Exhibit A.

3.  On November 12, 2021, KCC caused 61 CAFA Notice Packets to be mailed via priority Mail from the U.S. Post Office to the parties listed on Exhibit B, i.e., the U.S. Attorney General, the Attorneys General of each of the states in which Settlement Class Members reside and the District of Columbia.

4.  As of the date of this Declaration, KCC has received no response to the CAFA Notice Packet from any of the recipients identified in paragraph 3 above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 29, 2022.



_____
OMAR SILVA

DECLARATION OF SETTLEMENT ADMINISTRATOR RE: CAFA NOTICE PROCEDURES

# EXHIBIT A



462 South 4th Street   800.211.5201 PHONE
Louisville, KY 40202   kccllc.com

November 10, 2021

VIA PRIORITY MAIL

«First» «Last»
«Company»
«Address_1»
«Address_2»
«City», «State» «Zip»

     Re:    Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

Dear «First» «Last»:

     Simmonds & Narita LLP represents defendant Intero Real Estate Services in a class action lawsuit entitled *Ronald Chinitz, et al. v. Intero Real Estate Services*, Civil Action No. 5:18-cv-05623-BLF.  The lawsuit is pending before the Honorable Beth Labson Freeman in the United States District Court for the Northern District of California, San Jose Division. This letter is to advise you that a proposed settlement was reached by the Parties to the action. A hearing on Plaintiffs' Motion for Preliminary Approval of the settlement is scheduled for April 7, 2022.

| | |
|---|---|
| **Case Name:** | *Ronald Chinitz, et al. v. Intero Real Estate Services* |
| **Case Number:** | 5:18-cv-05623-BLF |
| **Jurisdiction:** | United States District Court, for the Northern District of California, San Jose Division |
| **Date Settlement Filed with Court:** | November 1, 2021 |

     Defendant Intero Real Estate Services has denied and continues to deny all of the claims made in the lawsuit, as well as all charges of wrongdoing or liability against it. In compliance with 28 U.S.C. § 1715(b), the following documents referenced below are included on the CD that is enclosed with this letter:

    1.    **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:**  A copy of the *Class Action Complaint* and *First Amended Class Action Complaint* are included on the enclosed CD Rom.



«First» «Last»
November 10, 2021
Page 2

    2.    **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** A copy of *Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and for Certification of Settlement Class* filed November 1, 2021 is included on the enclosed CD Rom. Copies of *Declaration of Carla A. Peak, Declaration of Sabita J. Soneji, [Proposed] Order Granting Preliminary Approval of Class Action Settlement*, *ECF Notice of Hearing Date,* and *Plaintiffs Ruby Mitchell's and Edward J. Kelly's Notice of Motion and Motion of Preliminary Approval of Class Action Settlement* are also included on the enclosed CD Rom.

    3.    **28 U.S.C. § 1715(b)(3) – Notification to Class Members:** The parties have agreed to a notice to class members, filed with the Court on November 1, 2021. Notice will be attempted by email and mail. Additionally, a "Goodbye" notice will be sent to class members that are not part of the settlement. Copies of the *Email Notice*, *Long Form Notice*, *Claim Form, Media Notice, Spanish Long Form Notice, and Goodbye Notice* to be provided to the class are included on the enclosed CD Rom.

    4.    **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** A copy of the *Class Action Settlement Agreement and Release* filed with the Court on November 1, 2021, is included on the enclosed CD Rom.

    5.    **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:** As of November 10, 2021, no other settlement or agreement has been entered into by the parties to this Action or by and through their respective representatives.

    6.    **28 U.S.C. § 1715(b)(6) – Final Judgmen**t: No Final Judgment has been entered as of November 10, 2021, nor have any Notices of Dismissal been granted at this time.

    7.    **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimate of Class Members:** A class breakdown by state is included on the enclosed CD Rom. All class members who submit a valid claim will received $350.

    8.    **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court has not yet issued an Order granting Plaintiffs' Motion for Preliminary Approval of the proposed settlement.

If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact Omar Silva at (424) 225-0706, so I can address any concerns or questions you may have.



«First» «Last»
November 10, 2021
Page 3

Thank you.

                                                    Sincerely,

                                                    */s/*
                                                    Omar Silva
                                                    SENIOR INTAKE SPECIALIST

Enclosure – CD Rom

# EXHIBIT B

| Last | First | Company | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Garland | Merrick | Attorney General of the United States | United States Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 |
| Taylor | Treg R. | Office of the Alaska Attorney General | P.O. Box 110300 | | Jeaneau | AK | 99811 |
| Marshall | Steve | Office of the Alabama Attorney General | 501 Washington Avenue | PO Box 300152 | Montgomery | AL | 36130-0152 |
| Rutledge | Leslie | Arkansas Attorney General Office | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 |
| Brnovich | Mark | Office of the Arizona Attorney General | 2005 N. Central Avenue | | Phoenix | AZ | 85004 |
| CAFA Coordinator | | Office of the Attorney General | Consumer Law Section | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 94102 |
| Weiser | Phil | Office of the Colorado Attorney General | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Tong | William | State of Connecticut Attorney General's Office | 55 Elm Street | | Hartford | CT | 06106 |
| Racine | Karl A. | District of Columbia Attorney General | 441 4th Street, NW, Suite 1100S | | Washington | DC | 20001 |
| Jennings | Kathy | Delaware Attorney General | Carvel State Office Building | 820 N. French Street | Wilmington | DE | 19801 |
| Moody | Ashley | Office of the Attorney General of Florida | The Capitol, PL-01 | | Tallahassee | FL | 32399-1050 |
| Carr | Chris | Office of the Georgia Attorney General | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Connors | Clare | Office of the Hawaii Attorney General | 425 Queen Street | | Honolulu | HI | 96813 |
| Miller | Tom | Iowa Attorney General | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| Wasden | Lawrence | State of Idaho Attorney General's Office | 700 W. Jefferson Street, Suite 210 | P.O. Box 83720 | Boise | ID | 83720-0010 |
| Raoul | Kwame | Illinois Attorney General | James R. Thompson Center | 100 W. Randolph Street | Chicago | IL | 60601 |
| Hill, Jr. | Curtis T. | Indiana Attorney General's Office | Indiana Government Center South | 302 West Washington Street, 5th Floor | Indianapolis | IN | 46204 |
| Schmidt | Derek | Kansas Attorney General | 120 S.W. 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 |
| Cameron | Daniel | Office of the Kentucky Attorney General | 700 Capitol Ave | Capitol Building, Suite 118 | Frankfort | KY | 40601 |
| Landry | Jeff | Office of the Louisiana Attorney General | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 |
| Healey | Maura | Office of the Attorney General of Massachusetts | 1 Ashburton Place | 20th Floor | Boston | MA | 02108-1518 |
| Frosh | Brian | Office of the Maryland Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Frey | Aaron | Office of the Maine Attorney General | State House Station 6 | | Augusta | ME | 04333 |
| Nessel | Dana | Office of the Michigan Attorney General | P.O. Box 30212 | 525 W. Ottawa Street | Lansing | MI | 48909-0212 |
| Keith Ellison | Attorney General | Attention: CAFA Coordinator | 445 Minnesota Street | Suite 1400 | St. Paul | MN | 55101-2131 |
| Schmitt | Eric | Missouri Attorney General's Office | Supreme Court Building | 207 W. High Street | Jefferson City | MO | 65101 |
| Hood | Jim | Mississippi Attorney General's Office | Department of Justice | P.O. Box 220 | Jackson | MS | 39205 |
| Fox | Tim | Office of the Montana Attorney General | Justice Bldg., 3rd Floor | 215 N. Sanders Street | Helena | MT | 59620-1401 |
| Stein | Josh | Office of the North Carolina Attorney General | Department of Justice | 9001 Mail Service Center | Raleigh | NC | 27602-0629 |
| Stenehjem | Wayne | North Dakota Office of the Attorney General | State Capitol | 600 E. Boulevard Avenue | Bismarck | ND | 58505-0040 |
| Peterson | Doug | Office of the Nebraska Attorney General | 2115 State Capitol | P.O. Box 98920 | Lincoln | NE | 68509-8920 |
| MacDonald | Gordon | New Hampshire Attorney General | Hew Hampshire Department of Justice | 33 Capitol Street | Concord | NH | 03301-6397 |
| Grewal | Gurbir S. | Office of the New Jersey Attorney General | Richard J. Hughes Justice Complex | 25 Market Street,  P.O. Box 080 | Trenton | NJ | 08625 |
| Balderas | Hector | Office of the New Mexico Attorney General | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| Ford | Aaron | Nevada Attorney General | Old Supreme Ct. Bldg. | 100 North Carson Street | Carson City | NV | 89701 |
| James | Letitia | Office of the New York Attorney General | Dept. of Law - The Capitol | 2nd Floor | Albany | NY | 12224 |
| Yost | Dave | Ohio Attorney General | State Office Tower | 30 E. Broad Street | Columbus | OH | 43266-0410 |
| Hunter | Mike | Oklahoma Office of the Attorney General | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Rosenblum | Ellen F. | Office of the Oregon Attorney General | Justice Building | 1162 Court Street, NE | Salem | OR | 97301 |
| Shapiro | Josh | Pennsylvania Office of the Attorney General | 1600 Strawberry Square | | Harrisburg | PA | 17120 |
| Noranha | Peter F. | Rhode Island Office of the Attorney General | 150 South Main Street | | Providence | RI | 02903 |
| Wilson | Alan | South Carolina Attorney General | Rembert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | SC | 29211-1549 |
| Ravnsborg | Jason | South Dakota Office of the Attorney General | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 |
| Slattery, III | Herbert H. | Tennessee Attorney General and Reporter | P.O. Box 20207 | | Nashville | TN | 37202-0207 |
| Paxton | Ken | Attorney General of Texas | Capitol Station | P.O. Box 12548 | Austin | TX | 78711-2548 |
| Reyes | Sean | Utah Office of the Attorney General | P.O. Box 142320 | | Salt Lake City | UT | 84114-2320 |
| Herring | Mark | Office of the Virginia Attorney General | 202 North Ninth Street | | Richmond | VA | 23219 |
| Donovan | TJ | Office of the Attorney General of Vermont | 109 State Street | | Montpelier | VT | 05609-1001 |
| Ferguson | Bob | Washington State Office of the Attorney General | 1125 Washington St SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| Kaul | Josh | Office of the Wisconsin Attorney General | Dept of Justice, State Capitol | RM 114 East P.O. Box 7857 | Madison | WI | 53707-7857 |
| Morrisey | Patrick | West Virginia Attorney General | State Capitol Complex, Bldg 1 | Room E-26 | Charleston | WV | 25305 |
| Hill | Bridget | Office of the Wyoming Attorney General | 2320 Capitol Avenue | | Cheyenne | WY | 82002 |
| Ale | Talauega Eleasalo V. | American Samoa Gov't | Exec. Ofc. Bldg | | Utulei | AS | 96799 |
| Camacho | Leevin Taitano | Office of the Attorney General, ITC Building | 590 S. Marine Corps Drive | Suite 901 | Tamuning | Guam | 96913 |
| Manibusan | Edward | Northern Mariana Islands Attorney General | Administration Building | PO Box 10007 | Saipan | MP | 96950-8907 |
| Longo Quinones | Dennise N. | Puerto Rico Attorney General | P.O. Box 902192 | | San Juan | PR | 00902-0192 |
| George | Denise N. | Virgin Islands Attorney General, Department of Justice | 34-38 Kronprindsens Gade | GERS Bldg, 2nd Floor | St. Thomas | VI | 00802 |
| Narita | Tomio | Simmonds & Narita LLP | 44 Montgomery Street | Suite 3010 | San Francisco | CA | 94104 |
| Reese | Michael | REESE LLP | 100 West 93rd Street | 16th floor | New York | NY | 10025 |
| Soneji | Sabita | TYCKO & ZAVAREEI LLP | 1970 Broadway | Suite 1000 | Oakland | CA | 94612 |
| Silva | Omar | KCC | 464 S. 4th Street | 10th floor | Louisville | KY | 40202 |

DC: 7187568-1