# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RONALD CHINITZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INTERO REAL ESTATE SERVICES, <br><br> Defendant. | Case No.  18-cv-05623-BLF <br><br> **FINAL JUDGMENT** |

Pursuant to this Court's Order Granting Motion for Final Approval and Granting Motion for Award of Attorneys' Fees and Costs and Service Awards (ECF No. 305), it is therefore ORDERED, ADJUDGED, and DECREED as follows:

1. Judgment is entered for final approval of the class action settlement in accordance with this Court's Order Granting Motion for Final Approval and Granting Motion for Award of Attorneys' Fees and Costs and Service Awards (ECF No. 305).

2. Defendant shall pay the attorneys' fees, costs, and service awards as so directed in the Court's Order Granting Motion for Final Approval and Granting Motion for Award of Attorneys' Fees and Costs and Service Awards (ECF No. 305).

3. The following individuals are excluded from the Settlement Class: Joseph Ponte, Hosea Colvin, and Ada Colvin.

The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

Dated:  October 28, 2022

_____
BETH LABSON FREEMAN
United States District Judge